John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for the Debtor, Double U Livestock, LLC

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

E-filed: August 4, 2011

In re:

DOUBLE U LIVESTOCK, LLC,

Debtor.

CASE NO.: BK-N-11-52345  
Chapter 12

MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, DECLARATION CONCERNING DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Hearing Date: Pending  
Hearing time: Pending  
Duration: 10 minutes

COMES NOW, Debtor, Double U Livestock, LLC, by and through its counsel, White Law Chartered, who hereby requests an order extending the time in which Debtor may file Schedules A-H, the Declaration Concerning Schedules, and the Statement of Financial Affairs (herein collectively "Schedules.") This Motion is brought pursuant to 11 U.S.C. 108 of the United States Bankruptcy Code, the Fed. R. Bankr.P. 1007 (5) and LR 1007. This Motion is based upon the Declaration of John White, Esq., filed separately herewith, the following points and authorities and all pleadings and papers on file herein.

POINTS AND AUTHORITIES

The Schedules, to be timely filed, are due today, August 4, 2011. This is Debtor's first request for an extension of time to file Schedules. The reason more time is needed are as

1

follows:

The remoteness of the Debtor's managing member's designated representative (James A. West) location in Ely, NV and the difficulty in communication has resulted in delay. See affidavit of John White, filed separately herewith.

Pursuant to the Fed. R.Bankr.P. 1007 (5) :

" (5) Extension of time.
Any extension of time for the filing of the lists required by this subdivision may be granted only on motion for cause shown and on notice to the United States trustee and to any trustee, committee elected under § 705 or appointed under § 1102 of the Code, or other party as the court may direct."

Further, LR 1007 (d) provides:
" (d) Extension of Time. Any motion to extend the time to file lists, schedules and statements must be filed within the time period provided by Fed.R.Bankr.P. 1007. The motion will be set on a hearing of not less than 14 days' notice."

The undersigned has advised Nelson Enmark, the standing Chapter 12 trustee assigned to this Case of the need for this motion, but has received no response, Mr. Nelson apparently being out of the office this week. This Motion is being filed in good faith and is not meant to cause undue and unnecessary delay, nor will it prejudice the interests of the creditors.

Wherefore, Debtor requests that an Order be entered approving the Motion and for the Debtor to file its Schedules no later than August 28, 2011 or at such period as this Court may deem appropriate.

A copy of the proposed Order approving this Motion is hereto attached

Dated this 4th day of August, 2011.

WHITE LAW CHARTERED

JOHN WHITE, ESQ.

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
775-322-8000
775-3221228 (fax)
john@whitelawchartered.com
Attorney for Double U Livestock, LLC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-N-11-52345-btb |
| DOUBLE U LIVESTOCK, LLC., | Chapter 12 |
| | ORDER APPROVING MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, DECLARATION CONCERNING DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| Debtors-in-possession | |

Upon consideration of the Debtor's Motion To Extend Deadline To File Schedules, Declaration Concerning Debtor's Schedules and Statement of Financial Affairs ("Motion") filed with the Court on August 4, 2011, for an order pursuant to 11 U.S.C. 108 of the United States Bankruptcy Code, the Fed. R. Bankr.P. 1007 (5) and LR 1007, allowing for cause shown an extension of time to file Schedules and above-mentioned Declaration Concerning Debtor's Schedules and Statement of Financial Affairs, and the separately-filed Declaration of John White, Esq., in Support of the Motion To Extend Deadline To File Schedules, Declaration

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

Concerning Debtor's Schedules and Statement of Financial Affairs ("John White Declaration") filed herein on August 4, 2011, and it appearing that adequate and sufficient notice of the Motion has been given and that good cause exists, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. The Debtor is given an additional period of up to August 28, 2011 to file the required Schedules, Declaration Concerning Debtor's Schedules and Statement of Financial Affairs.

Submitted by:
WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.
Attorneys for the Debtor

Approved/Disapproved/No Objection

_____
M NELSON ENMARK,
Chapter 12 Trustee

_____
NICHOLAS STROZZA Esq., Office of the U.S. Trustee

**IT IS SO ORDERED.**

###

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2