John White, Esq., SB #1741
WHITE LAW CHARTERED
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for the Debtor, Double U Livestock, LLC

E-filed: August 4, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC,

Debtor.
_____/

CASE NO.: BK-N-11-52345
Chapter 12

DECLARATION OF JOHN WHITE, ESQ. IN SUPPORT MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, DECLARATION CONCERNING DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Hearing Date: Pending
Hearing time: Pending
Duration: 10 minutes

JOHN WHITE declares as follows, on personal knowledge, and under pain and penalty of perjury:

1. That he is and at all times material hereto has been counsel for Debtor and expects to obtain formal bankruptcy court approval of his said status soon.

2. That Debtor's managing member, Jim West, lives approximately 70 miles from Ely, Nevada, the closest town of any size, 12 or so of which miles are by dirt road. That Mr. West's sole source of communication is a cell phone from AT&T. He has no land line, nor do the telephone lines come to his home. Undersigned has made inquiry of experts in an effort to determine whether Mr. West can get a cell phone based fax machine, which efforts are

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

continuing, but so far have not met with success. In the interim, the fastest communication with debtor is via fax to the True Value store in Ely, Nevada.

3. That US mail service is not delivered to Mr. West's home but his mailbox is at Cherry Creek, NV, some 6 to 7 miles by dirt road from his residence. There are no other services in Cherry Creek. That since Mr. West is busy with ranch business, he generally only gets his mail once or twice a week. Therefore, communication by mail, round trip, often takes 10 to 14 days.

4. That under these circumstances, communication necessary to properly complete Debtor's Schedules (as that term is defined in the accompanying Motion) is unusually difficult and time consuming.

5. That the petition in this case was filed on an emergency basis as undersigned was informed by Elizabeth Felder, Esq. (Jones Vargas) that she was in the process of filing an ex-parte motion in Nevada State Court to take possession of Debtor's livestock. Therefore, little preparation was possible before this case was filed.

6. That by reason of the foregoing, Debtor's Schedules are not ready to file at this time, but will be ready to file in less than two weeks.

Dated this 4th day of August, 2011.

WHITE LAW CHARTERED

JOHN WHITE, ESQ.