John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for the Debtor, Double U Livestock, LLC

E-filed: August 4, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC,

Debtor.
_____/

CASE NO.: BK-N-11-52345  
Chapter 12

BOARD RESOLUTION AUTHORIZING THE FILING OF THE CHAPTER 12 VOLUNTARY PETITION

Hearing Date: n/a

COMES NOW, Debtor, Double U Livestock, LLC, by and through its counsel, White Law Chartered hereby submits a true copy of the resolution of the corporation's board of directors authorizing the filing of this Petition. A true copy of the Board Resolution is hereto attached.

Dated this 4th day of August, 2011.

WHITE LAW CHARTERED

JOHN WHITE, ESQ.

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

## BOARD RESOLUTION
### AUTHORIZING JAMES A. WEST, MANAGER OF DOUBLE U LIVESTOCK, LLC, TO FILE CHAPTER 12 BANKRUPTCY PROCEEDINGS AT THE UNITED STATES BANKRUPTCY COURT OF NEVADA (RENO)

WHEREAS, it has been determined by the members and/or officers of Double U Livestock, LLC's (the "Company") that the Company is currently in a financial distress

WHEREAS, the Company recognizes the need to reorganize its debts and keep its farm pursuant to chapter 12 of the U.S. Bankruptcy Code

NOW THEREFORE BE IT RESOLVED, that we, Clay and Mary West, Wade and Molly West, and Jim and Carlene West, being all the members of Double U Livestock, LLC, by and through the managing member, approve and ratify the filing of a voluntary petition for bankruptcy under Chapter 12 of the United States Bankruptcy Code.

BE IT ALSO RESOLVED, that the Board of Directors of Double U Livestock, LLC, authorizes JAMES A. WEST, Manager, on behalf of the Company to execute and attest all necessary papers, documents, and applications related to the foregoing and to hire the law firm, White Law Chartered, Reno, NV to represent it in the Chapter 12 proceeding.

BE IT FURTHER RESOLVED, that James A. West is authorized on behalf of the Company (a) to represent Double U in the chapter 12 bankruptcy proceedings before the US Bankruptcy Court of Nevada in Reno (Case No: BK-N-11-52345) and deliver from time to time (b) to release appropriate information and data relating to the same and to perform any and all acts necessary under the circumstances.

I, JAMES A. WEST, Manager of Double U Livestock, LLC, do hereby certify that the above is a true and correct copy of a resolution adopted unanimously at the meeting of the members of Double U Livestock, LLC on _7/20/11_, at which a quorum was present and voted.

Dated this 3rd day of August, 2011.

*James A. West*
JAMES A. WEST, Manager
Double U Livestock, LLC.