John White, Esq., SB #1741  
335 West First Street  
Reno, NV 89503  
775-322-8000  
john@whitelawchartered.com  
Attorney for Debtor, Double U Livestock, LLC

E-filed: Aug. 19, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:                                           CASE NO.: BK-N-11-52345

    DOUBLE U LIVESTOCK, LLC,         Chapter 12

                                               DEBTOR'S APPLICATION TO EMPLOY  
                                               ROBERT R. FLETCHER AS CHAPTER 12  
    Debtor.                                PLAN CONSULTANT

_____/   No Hearing Required (Negative Notice)

       DEBTOR, Double U Livestock, LLC (the "Debtor") hereby applies to the Court pursuant to section 327(a) of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order authorizing and approving the employment and retention of Robert R. Fletcher as Plan Consultant for the Debtor in this chapter 12 case. It is requested that Mr. Fletcher's employment be approved, nunc pro tunc, as of July 21, 2011. In support of this application, the Debtor respectfully represents as follows:

### JURISDICTION AND VENUE

       1.   On July 21, 2011 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 12 of title 11 of the Bankruptcy Code. The Debtor, Double U Livestock, is serving as debtor-in-possession and continues to operate its business and manage its affairs in

WHITE LAW  
CHARTERED  
LAWYERS  
0TH CENTURY BLDG.  
35 W. FIRST STREET  
RENO, NV 89503  

(775) 322-8000  
(775) 322-1228

1

that capacity.

2. Mr. Fletcher is assisting in the preparation of the Debtor's schedules and its adequate protection budget, and has and will assist the Debtor thereafter in various ongoing efforts to in preparation of a feasible plan.

3. Jurisdiction to consider this matter is vested in the Court pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to §§ 1408 and 1409. The statutory predicate for the relief requested in this Application is 11 U.S.C. §§ 105 and 1103(a) and Rule 2014 of the Bankruptcy Rules.

### RETENTION OF ROBERT R. FLETCHER

4. By this Application, the Debtor, as debtor-in-possession, seeks to employ and retain Robert R. Fletcher as its Chapter 12 Plan Consultant with regard to this chapter 12 case and all related matters, effective July 21, 2011. Accordingly, the Debtor respectfully requests entry of an order pursuant to Section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) authorizing it to employ and retain Robert R. Fletcher as Chapter 12 Plan Consultant to perform consulting services that will be necessary during this case and related matters.

5. The Debtor has selected Robert R. Fletcher as its Chapter 12 Plan Consultant because of his experience and familiarity with Debtor's affairs and believes that Mr. Fletcher, is qualified and uniquely able to render consultation services with respect to the preparation and completion of the Chapter 12 Plan in this case in an efficient and timely manner. A copy of Mr. Fletcher's resume is attached as Exhibit 1 to his affidavit of disinterestedness, filed separately herewith.

6. The professional services will be payable to Robert R. Fletcher on an hourly basis at

WHITE LAW
CHARTERED
LAWYERS
JTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

$150.00 per hour, plus reimbursement of actual, necessary expenses and other charges incurred by him, including, but not limited to: photocopying, travel expenses, long distance telephone calls, postage, express mail, messenger charges, expenses for working meals and other related charges. Debtor understands that prior Court approval is necessary for any such payment(s).

The professional services will include :

a. Proposing Plan terms and assisting the parties in reaching agreement concerning the terms of the Debtor's Plan of Reorganization.

7. To the best of the Debtor's knowledge, based on the information contained in the Fletcher Affidavit, filed separately herewith, Mr. Fletcher does not hold or represent any interest adverse to the Debtor's estate or to Debtor's interests therein and therefore is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code. Further, Mr. Fletcher's employment is necessary and in the best interests of the Debtor and the Debtor's estate.

8. The name, address and telephone number of Robert R. Fletcher are as follows:

> Robert R. Fletcher
> Fletcher and Associates
> 2088 Tamarisk Dr.
> Reno, NV 89502
> 775-851-4071

9. No prior application for the relief requested herein had been made to this or any other court.

WHEREFORE, Debtor respectfully requests that this Court enter an Order approving the application and retention of employment of Robert R. Fletcher, *nunc pro tunc* to July 21, 2011, under the terms specified to assist in the preparation and completion of the Chapter 12 plan, and for such other further relief as are just and equitable.

WHITE LAW
CHARTERED
LAWYERS
JTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

A copy of the proposed Order authorizing this employment is being lodged herewith.

Dated this 17 day of August, 2011.

                                           DOUBLE U LIVESTOCK, LLC

                                           */s/ James West*
                                           James West, Manager,
                                           Double U Livestock, LLC

Prepared by:                                      Approved by:

WHITE LAW CHARTERED                */s/ Robert R. Fletcher*

By:  */s/ John White*                       ROBERT R. FLETCHER
     JOHN WHITE, ESQ.

WHITE LAW
CHARTERED
LAWYERS
5TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

4

John White, Esq., SB #1741
WHITE LAW CHARTERED
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC,

Debtor.

CASE NO.: BK-N-11-52345

Chapter 12

ORDER APPROVING THE EMPLOYMENT OF ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT FOR DEBTORS *NUNC PRO TUNC* TO JULY 21, 2011

No Hearing Required (Negative Notice)

Upon consideration of the Application of DOUBLE U LIVESTOCK, LLC, ("Debtor"), for an order pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and § 327(a) of title 11 of the United States Code, authorizing and approving the employment and retention

1

of Robert R. Fletcher, as their Plan Consultant in this chapter 12 case ("Application") filed with the Court on August 16, 2011, and the separately-filed Declaration of Disinterestedness in Support of Application to Employ Robert R. Fletcher as Chapter 12 Plan Consultant, ("Fletcher Declaration") filed herein on August 16, 2011, with the said Application having been noticed for twenty-one (21) days' negative notice on August 16, 2011, with no opposition(s) having been filed; and upon the Declaration of John White, Esq., filed herein, and the Court being satisfied based on the representations made in the Application and the Fletcher Declaration that Robert R. Fletcher does not hold or represent an interest adverse to the Debtor's estate and is disinterested under §§101(14) and 327(a) of the Bankruptcy Code and that the employment of Robert R. Fletcher is necessary and in the best interests of the Debtor's estate; and it appearing that adequate and sufficient notice of the Application has been given and that no other or further notice need be given, and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtor is authorized to employ and retain Robert R. Fletcher as their Plan Consultant *nunc pro tunc* to July 21, 2011, to advise the Debtor, and such retention and employment is hereby approved.

2. Robert R. Fletcher is authorized to provide consultation under the terms specified in the Application to assist in the preparation and completion of the Chapter 12 Plan and for services to the Debtor that are deemed necessary and appropriate by the Debtor.

///

///

WHITE LAW
CHARTERED
LAWYERS
JTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

2

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:
WHITE LAW CHARTERED

Approved/Disapproved/No Objection

_____
JOHN WHITE, ESQ.
Attorneys for the Debtor

_____
M NELSON ENMARK,
Chapter 12 Trustee

Approved/Disapproved/No Objection

_____
William Cossitt, Esq., Office of the U.S. Trustee

**IT IS SO ORDERED.**

###

WHITE LAW
CHARTERED
LAWYERS
JTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228