John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
775-322-8000
7750322-1228 (fax)
john@whitelawchartered.com
Attorney for Debtor, Double U Livestock, LLC

E-filed on: Aug. 19, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC,

Debtor.

_____/

CASE NO.: BK-N-11-52345

Chapter 12

DECLARATION OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION TO EMPLOY ROBERT R. FLETCHER AS DEBTOR'S CHAPTER 12 PLAN CONSULTANT

No Hearing Required (Negative Notice)

I, ROBERT R. FLETCHER, under pain and penalty of perjury, declare as follows:

1. I am an Agricultural Economist; A copy of my curriculum vitae is attached hereto as Exhibit 1;

2. I maintain my practice at 2088 Tamarisk Dr, Reno, NV 89502;

3. I have no connection with Debtor, Double U Livestock, LLC, its creditors, or any other party in interest herein, its respective attorneys, or any other professionals therein. Debtor was not indebted to me on the Petition Date and my charges or fees relate solely to the performance of my duties as plan consultant following the filing of the petition.

4. I represent no interest adverse to Debtor herein, as debtor-in-possession or its estate,

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

Case 11-52345-btb    Doc 17    Entered 08/19/11 12:37:25    Page 2 of 3

or any creditor, in the matters upon which I am to be engaged.

Dated this 16th day of August, 2011.

*[signature: Robert R. Fletcher]*
ROBERT R. FLETCHER

WHITE LAW
CHARTERED
LAWYERS
5TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

## INDEX OF EXHIBIT

| Exhibit No: | Description | No. of pages including cover sheet |
|---|---|---|
| 1 | Curriculum Vitae of Robert R. Fletcher | 9 |

WHITE LAW
CHARTERED
LAWYERS
)TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228