# Exhibit 1

# Exhibit 1

**Robert R. Fletcher**
Fletcher and Associates
2088 Tamarisk Dr.
Reno, Nevada 89502
Phone (775) 851-4071
E-mail fletchb@Charter.net

## EDUCATION:

Ph.D.    Agricultural Economics, Oklahoma State University, Stillwater, Ok, 1970:

M.S.    Agricultural Economics, University of Wyoming, Laramie, WY, 1965.

B.S.    Agricultural Economics, University of Wyoming, Laramie, WY, 1963.

## EMPLOYMENT:

2009-Present    Commissioner, Nevada State Dairy Commission.

1999-Present.    Private consultant, Economic analysis, Nevada.

1995-1999    Professor, Applied Economics and Statistics, University of Nevada.

1970-1995    Agricultural Economics, University of Wyoming, Retired as Professor Emeritus.

1970-1996    Agricultural Economist, Natural Resources Division, Economic Research Service, UADA.

June 1965 - July 1966: Fieldman\Appraiser for Federal Land Bank. Lingle, Wyoming.

February 1961 - September 1962: Local Purchasing Agent, Husky Oil Company, Cody, Wyoming.

### OTHER EMPLOYMENT AND CONSULTING

1977-1980:Taught special classes including real estate appraisal for the Wyoming Real Estate Commission.

1974-Present: Conduct feasibility and economic impact studies for proposed business ventures.

1

## Consulting Reports Last 10 Years

Fletcher, R. R., "Economic Impact of Grazing in the Grand Staircase-Escalante National Monument," SWCA Environmental Consultants, Salt Lake City, Utah, April 2008.

Fletcher, R. R., "Financial Feasibility of New Frontier Treatment Center," New Frontier Board of Directors, Fallon, Nevada, January 2008.

Fletcher, R. R., "Yucca Mountain Project Socioeconomic Impact Considerations in Nye County Nevada," Nye County Commissioners, September 2007.

Fletcher, R. R., "Economic Impact Analysis for proposed Detention Center in Pahrump area of Nye County Nevada, BEC Environmental, Inc., March 2007.

Fletcher, R. R., "Background and History of Ag Leadership Programs," University Center for Economic Development, UNR, Reno Nevada, May 2006.

Fletcher, R. R., G. W. Borden and R. Grumbles "Economic Impacts of Livestock Grazing and Recreation on the Arizona Strip," Livestock Steering Committee, St George Utah, September 2004 - March 2006.

Fletcher, R. R., "Preparation of Direct Testimony for the Economic Impact of the Mohave Generating Station on Local Economies," BEFORE THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA, SHOOK, HARDY & BACON L.L.P., Washington D.C., and March 2003.

Fletcher, R. R., "Contributions of the Mohave Generating Station to Local Economies," Town Manager Laughlin, Nevada, March 2002.

Fletcher, R. R., "Eureka County Assessment Report, Economic Impact Analysis for the transport of nuclear waste to Yucca Mountain," County Commissioners, Eureka County Nevada, June 2001.

2

## Partial List of Relevant Publications and Presentations:

Fletcher, Robert R., G.W. Borden, T.R. Harris, D.T. Taylor, B.R. Moline. "*Comparison of Economic Impacts from Public-Land Based Tourism and Grazing: A Case Study*". Western Regional Research Publication – Stubble Height and Utilization Measurements: Uses and Misuses. Station Bulleting 682, May 1998, pp.57-72.

Fletcher R.R., D. T. Taylor, G.W. Borden, B.R. Moline, and G.J. Skidgel, "Economic Contributions of Federal Lands Within the Big Horn Mountain Area", Final report to the Big Horn Mountain Coalition, May 1994.

Borden, G.W., R.R. Fletcher, and D.T. Taylor, "Economic Impact of Coal on Wyoming's Economy", Wyoming Cooperative Extension Service, B-987, January, 1994.

Borden G.W., R.R. Fletcher, and D.T. Taylor, "Economic Impact of Oil and Natural Gas on Federal Lands in Big Horn County", Report prepared for the Big Horn Mountain Coalition, April 1993.

Borden G.W., R.R. Fletcher, and D.T. Taylor, "Economic Impact of Oil and Natural Gas on Federal Lands in Washakie County", Report prepared for the Big Horn Mountain Coalition, March 1993.

Borden G.W., R.R. Fletcher, and D.T. Taylor, "Economic Impact of Oil and Natural Gas on Federal Lands in Johnson County", Report prepared for the Big Horn Mountain Coalition, January, 1993.

Borden G.W., D.T. Taylor, and R.R. Fletcher, "Economic Impact and Cost Efficiency Analysis to Support the Oil and Gas Leasing EIS for the Thunder Basin National Grasslands", Report to Medicine Bow National Forest, Final Report, December, 1992.

Borden G.W., D.T. Taylor, and R.R. Fletcher, "Economic Impact and Cost Efficiency Analysis to Support the Oil and Gas Leasing EIS for the Shoshone National Forest", Report to Shoshone National Forest, Final Report, December, 1992.

Borden G.W., D.T. Taylor, and R.R. Fletcher, "Economic Impact of Coal On Wyoming's Economy", Report to Bureau of Land Management, December, 1992.

3

Borden, George W., RR. Fletcher (2000). Boulder City Bypass, Impacts on Boulder Dam Credit Union. 39th Annual WRSA Meetings, Kauai, Hawaii.

Borden, George W., R.R. Fletcher, T.R., Harris. (1999). the Economic Impact of Silver State Industries on the State of Nevada. 38th Annual WRSA Meetings, Ojai, California.

Fletcher, Robert R., Borden, G.W., T.R. Harris, D.T. Taylor, B.R. Moline, (1997) Economic Impacts and Trade-Offs from Public Land Grazing on Local Communities. Annual Society of Range Management Meetings, Rapid City, South Dakota.

Professional Papers Presented:

Fletcher, Robert R., Borden, G.W., T.R. Harris, D.T. Taylor, B.R. Moline, Economic Impacts and Trade-Offs from Public Land Grazing on Local Communities. Annual Society of Range Management Meetings, Rapid City, South Dakota. 1997.

## Publications, or Performance or Creative Activities, Where Appropriate

### In Refereed Journals & Book Chapters:

Morris, Robert L., D.A. Devitt, A.M. Crites, G.W. Borden, L.N. Allen. Urbanization and Water Conservation in Las Vegas Valley, Nevada. Journal of Water Resource Planning and Management, Vol. 123, No. 3, May/June, 1997, pp. 189-195.

### In Regional Bulletins

Fletcher, Robert R., G.W. Borden, T.R. Harris, D.T. Taylor, B.R. Moline. "Comparison of Economic Impacts from Public-Land Based Tourism and Grazing: A Case Study". Western Regional Research Publication – Stubble Height and Utilization Measurements: Uses and Misuses. Station Bulleting 682, May 1998, pp.57-72.

### In State Bulletins

George Borden, Robert R. Fletcher, Jim Lopez and Thomas R. Harris. 1999. "Defining the Economic Interactions between Laughlin, Nevada and Bullhead City, Arizona." UCED 98/99-07.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Employment Trend Data for Nevada Counties: Central Area Counties." UCED 98/99-13.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Employment Trend Data for Nevada Counties: Northeast Area Counties." UCED 98/99-14

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Employment Trend Data for Nevada Counties: Southern Area Counties." UCED 98/99-15.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Employment Trend Data for Nevada Counties: Western Area Counties." UCED 98/99-16.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Income Trend Data for Nevada Counties: Central Area Counties." UCED 98/99-17.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Income Trend Data for Nevada Counties: Northeast Area Counties." UCED 98/99-18.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Income Trend Data for Nevada Counties: Southern Area Counties." UCED 98/99-19.

Lopez, Jim, George W. Borden, Thomas R. Harris and Robert R. Fletcher. 1999. "Income Trend Data for Nevada Counties: Western Area Counties." UCED 98/99-20.

Harris, Thomas R., T. Darden, G.W. Borden, R.R. Fletcher. 1998. "Social Accounting Interregional Model for Lincoln County". UCED 98/99-01.

Lopez, Jim, G.W. Borden, T.R. Harris, R.R. Fletcher. 1998. "Socioeconomic Trend Data for Nevada Counties, Northeast Area Counties". UCED 97/98-08.

Lopez, Jim, G.W. Borden, T.R. Harris, R.R. Fletcher. 1998 "Socioeconomic Trend Data for Nevada Counties, Western Area Counties". UCED 97/98-10.

Lopez, Jim, G.W. Borden, T.R. Harris, R.R. Fletcher. 1998 "Socioeconomic Trend Data for Nevada Counties, Central Area Counties". UCED 97/98-11.

Lopez, Jim, G.W. Borden, T.R. Harris, R.R. Fletcher. 1998 "Socioeconomic Trend Data for Nevada Counties, Southern Area Counties". UCED 97/98-12.

Borden, G.W., K.A. McArthur, T.R. Harris and R.R. Fletcher. 1997. "Community Profile: Mineral County, Nevada." UCED 96/97-09.

Harris, T.R., K.A. McArthur, T.R. MacDiarmid, G.W. Borden and R.R. Fletcher. 1997. "Economic Linkages in the Economy of Mineral County." UCED 96/97-06.

Harris, T.R., K.A. McArthur, G.W. Borden and R.R. Fletcher. 1997. "Economic Trends and Development for Mineral County." UCED 96/97-07.

McArthur, K.A., M.N. Lopez, T.R. Harris, G.W. Borden, R.R. Fletcher, T.E. Oleson and G.W. Atkinson. 1997. "Taxable Sales for Mineral County, Nevada, 980 to 1995." UCED 96/97-08.

Borden, George W., D.L Holloway, T.R Harris, R.R. Fletcher. 1996. "Community Profile: Lincoln County, Nevada." UCED 96-1.

Moline, Brett R., G.W. Borden, D.T. Taylor, and R.R. Fletcher, "Economic Impact of Federal Land on the Big Horn Mountain Area", Reflections, University Of Wyoming, College of Agriculture Publication, June 1995.

Moline, Brett R., G.W. Borden, D.T. Taylor, and R.R. Fletcher, "How Much Higher Federal Grazing Fees Can Ranchers Afford to Pay?" Reflections, University of Wyoming, College of Agriculture Publication, June 1995.

Borden, George W., D.T. Taylor, and R.R. Fletcher, "Buffalo Resource Area Mineral Economic Impacts - Current Situation", Report to the Bureau of Land Management, March, 1995.

Borden, G.W., R.R. Taylor Fletcher, D.T. Taylor B. Moline, "Economic Contribution of Federal Lands in the Big Horn Mountain Area", Reflections, University of Wyoming, College of Agriculture Publications, June 1994.

Fletcher R.R., D. T. Taylor, G.W. Borden, B.R. Moline, and G.J. Skidgel, "Economic Contributions of Federal Lands within the Big Horn Mountain Area", Final report to the Big Horn Mountain Coalition, May 1994.

Taylor D.T., R.R. Fletcher, G.W. Borden, and B.R... Moline, "Current Economic Conditions: Big Horn Mountain Area", Report to Big Horn Mountain Coalition, August, 1992.

6

Borden, George W., T.R. Harris, R.R. Fletcher, D.L. Holloway. 1997. "Data for Nevada Counties, Lincoln County, Nevada". Fact Sheet 97-14.

Borden, George W., T.R. Harris, R.R. Fletcher, D.L. Holloway. 1996. "Key Demographic Trends in Lincoln County". Fact Sheet 96-34

Fletcher, R.R., G.W. Borden, T.H. Harris, D.T. Taylor, B.R. Moline. Comparison of Economic Impacts from Public Land Based Tourism and Grazing: A Case Study. Society of Range Management Annual Meeting, Rapid City, South Dakota, February 18, 1997.

Taylor, D.T., R.R. Fletcher, B.R. Moline, and G.W. Borden. Southwest Wyoming Resource Evaluation, Socio/Economic Evaluation: Part I - Historical Context. Wyoming Bureau of Land Management, State Office, May 1997.

Taylor, D.T., R.R. Fletcher, B.R. Moline, and G.W. Borden. Southwest Wyoming Resource Evaluation, Socio/Economic Evaluation: Part II - Analytical Procedures for Future Events. Wyoming Bureau of Land Management, State Office, May 1997.

Taylor, D.T., R.R. Fletcher, B.R. Moline. An Economic Analysis of the Teton County, Idaho Economy. Draft report to the Teton County, Idaho Commissioners, March 1996.

Taylor, D.T., R.R. Fletcher, B.R. Moline, G.W. Borden. Southwest Wyoming Bureau of Land Management Planning Area: Recreation on BLM Lands; Per Unit Economic Values for Outdoor Recreation; Big Game Hunting; Wyoming Mineral Tax Revenue; Payments in Lieu of Taxes (PILT), Economic Impacts Per Unit of Economic Activity. Draft report to Wyoming Bureau of Land Management State Office, October 1996.

Taylor, D.T., R.R. Fletcher, B.R. Moline. An Economic Analysis of the Teton County, Idaho Economy. Final report to the Teton County, Idaho Commissioners, December 1996.

Taylor, D.T., R.R. Fletcher. Economic Impact of a New Gold Mine on Park County, Wyoming. Western Regional Science Association Annual Conference, San Diego, CA, February 1995.

Moline, B.R., R.R. Fletcher, D.T. Taylor. Economic Effects of Increased Federal Grazing Fees and Decreased Federal Forage Utilization: Big Horn Mountain Area, Wyoming. Western Regional Science Association Annual Conference, San Diego, CA, February 1995.

Moline, B.R., G. Borden, D.T. Taylor, R.R. Fletcher. "Economic Impact of Federal Land on the Big Horn Mountain Area." Reflections, University of Wyoming, College of Agriculture, Vol. 5, No. 1, June 1995.

Taylor, D.T., R.R. Fletcher. The Economic Impact of the Wyoming Outfitting Industry: An Update - 1993. Report to the Wyoming Outfitter Association, January 1995.

Taylor, D.T., R.R. Fletcher, G.J. Skidgel, G.W. Borden, B.R. Moline. An Economic Analysis of the Teton County Economy. Report to Teton County Commissioners, December 1995.

Taylor, D.T., R.R. Fletcher. An Economic Profile of Teton County, Idaho: Diversity, Dependency, Growth. Report to Teton County, Idaho Commissioners, September 1995.

Borden, G.W., R.R. Fletcher, D.T. Taylor. Economic Impact of Coal on Wyoming's Economy. Cooperative Extension Service, Department of Agricultural Economics, College of Agriculture, B-987, January 1994.

Moline, B.R., R.R. Fletcher, D.T. Taylor, G. Fink, F. Henderson, L. Bourret. Contribution of Federal Lands to Wyoming Range Livestock Production, 1992, University of Wyoming, Cooperative Extension Service and Wyoming Department of Agriculture, B-993, February 1994.

8