M. NELSON ENMARK ESQ. #032477
CHAPTER 12 TRUSTEE
3855 N. WEST AVENUE, SUITE 108
FRESNO, CA 93705
TELEPHONE: (559) 229-4200

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC,    ) Case No.: 11-52345-BTB
                            )
                            ) Chapter 12 Proceeding
                            )
                            ) REPORT OF CHAPTER 12
                            ) TRUSTEE 341 MEETING
            Debtor.         )
                            )
                            )

The Trustee declares:

1. Date of Meeting:

2. (X) Meeting concluded.

3. ( ) Meeting continued to

4. ( ) Debtor(s) failed to appear.

5. ( ) Debtor(s) failed to file schedules and/or statement of affairs.

6. ( ) Debtor(s) counsel pro se – debtor acting failed to appear.

7. ( ) Off Calendar – Case to be dismissed.

The Trustee declares the foregoing is true and correct under penalty of perjury.

DATED: 9-7-2011                              /s/ M. Nelson Enmark
                                             _____
                                             M. NELSON ENMARK
                                             Standing Chapter 12 Trustee

1