MCDONALD CARANO WILSON LLP
KAARAN E. THOMAS (NV Bar No. 7193)
LEO P. BERGIN (NV Bar No. 1561)
100 West Liberty Street, 10th Floor
Reno, NV 89505-1670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: kthomas@mcdonaldcarano.com

*Electronically filed on September 7, 2011*

*Attorneys for Peter and Rama Paris Family Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE U LIVESTOCK, LLC<br><br>            Debtor. | Case No. BK-N-11-52345-BTB<br><br>Chapter 12<br><br>NOTICE OF HEARING<br><br>Hearing Date:   October 26, 2011<br><br>Hearing Time:   10:00 a.m. |

**PLEASE TAKE NOTICE** that, on October 26, 2011 at 10:00 a.m., in a Courtroom at the United States Bankruptcy Court (the "Court"), located at 300 Booth Street, Reno, Nevada, the Honorable Bruce T. Beesley will conduct a hearing on *Peter and Rama Paris Family Trust's Objection to Debtor's Application to Employ Robert Fletcher [Docket No. 16]* (the "Objection").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file an opposition with the court, and serve a copy on the person making the Objection *no later than 14 days* preceding the hearing date for the Objection, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

//

//

320072

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that replies to oppositions must be filed and served ***no later than 7 days*** preceding the hearing date.

DATED this 7th day of September, 2011.

           MCDONALD CARANO WILSON, LLP

           By:  /s/ Kaaran E. Thomas
                KAARAN E. THOMAS, ESQ.
                Nevada Bar No. 7193
                100 West Liberty Street, 10th Floor
                Reno, NV 89505-1670

           *Attorneys for Peter and Rama Paris Family Trust*