John White, Esq.
White Law Chartered
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Proposed Counsel for the Debtors

E-filed on September 20, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC.

Debtors.
_____/

CASE NO.: BK-N-11-52345-BTB

Chapter 12

SUPPLEMENTAL DECLARATION OF JOHN WHITE IN SUPPORT OF DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, DECLARATION CONCERNING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND DECLARATION RE: COMPLIANCE WITH FILING OF SAME

Hearing Date: September 28, 2011
Hearing Time: 10:00 a.m.
Estimated Time: 5 minutes

JOHN WHITE declares as follows, on personal knowledge, and under pain and penalty of perjury:

1. That on August 4, 2011, the undersigned filed a Motion To Extend Deadline To File Schedules, Declaration Concerning Schedules and Statement of Financial Affairs (hereinafter, "Motion To Extend") (Docket # 12) and a separately-filed Declaration in Support of the Motion To Extend (hereinafter, the "Declaration") (Docket # 13), on an emergency basis on the grounds as more particularly set forth in the Declaration;

1

2. That said Motion to Extend, among other things, requested a period until August 28th, 2011, to cure such deficiency and to file the above-said documents with the Court; and,

3. That in compliance with the said request, the undersigned had on August 24th, 2011 cured the above deficiency by filing with the Court the Schedules (Docket #19), the Declaration Concerning Debtor's Schedules (Docket #19) and the Statement of Financial Affairs (Docket #20).

Declarant further sayeth naught.

Dated this 20th day of September, 2011.

WHITE LAW CHARTERED

By: _____
John White, Esq.

WHITE LAW
CHARTERED
LAWYERS
CENTURY BLDG.
W. FIRST STREET
NO, NV 89503

775) 322-8000
775) 322-1228

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty and pain of perjury that I am an employee of White Law Chartered and that on the date shown below, I served the following documents in the following manner :

☑ a. Via the ECF System, on September 20, 2011, a true and correct copy of the following :

SUPPLEMENTAL DECLARATION OF JOHN WHITE IN SUPPORT OF DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, DECLARATION CONCERNING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND DECLARATION RE: COMPLIANCE WITH FILING OF SAME

The undersigned further affirms that the foregoing is true and correct, to the best of my knowledge and that the preceding document does not contain the Social Security number of any person.

Dated: September 20, 2011.

_____
Mary Hernandez

WHITE LAW CHARTERED LAWYERS
TH CENTURY BLDG.
5 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228