1  MICHAEL LEHNERS, ESQ.                DOCUMENT ECF FILED ON: 9/21/11
   429 MARSH AVENUE
2  RENO, NEVADA 89509
3  Bar No.003331
   email: michaellehners@yahoo.com
4  (775) 786-1695

5  Attorney for Creditor
   Mary West
6

7
                   UNITED STATES BANKRUPTCY COURT
8
                         DISTRICT OF NEVADA
9

10 IN RE:                                 CASE NO.: 11-52345
                                          (Chapter 12)
11 DOUBLE U. LIVESTOCK, LLC

12       Debtor.
                                    /
13

14                          **REQUEST FOR NOTICE**

15       Notice is hereby given that the undersigned counsel represents Mary West an

16 interested party in the above-captioned bankruptcy proceedings, and, therefore,

17 requests notice of all proceedings in this matter in accordance with the provisions of

18 FRCP 2002 be sent to the following address:

19
              Michael Lehners, Esq.
20            429 Marsh Avenue
              Reno, NV 89509
21            email: michaellehners@yahoo.com

22       Dated this 21 day of September, 2011

23

24                              _____
25                              Michael Lehners, Esq.
                                429 Marsh Avenue
26                              Reno, NV 89509
                                (775) 786-1695
27                              Attorney for Creditor

28

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 21 day of September, 2011 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within REQUEST FOR SPECIAL NOTICE addressed as follows:

Double U. Livestock, LLC
HC33 Box 336600
Cherry Creek Bench Road
Ely, NV 89301

John White, Esq.
335 W. First St.
Reno, NV 89503

M. Nelson Enmark
3855 N. West Avenue
Suite 108
Fresno, CA 93705

_____
Dolores Stigall