John White, Esq., SB #1741  
335 West First Street  
Reno, NV 89503  
775-322-8000  
john@whitelawchartered.com  
Attorney for Debtor, Double U Livestock, LLC

E-filed: October 12, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-11-52345 |
| DOUBLE U LIVESTOCK, LLC, | Chapter 12 |
| Debtor. | DECLARATION OF WADE WEST IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT |
| _____/ | Hearing Date: October 26, 2011<br>Hearing Time: 10:00 a.m. |

I, Wade West, declare, under pain and penalty of perjury, as follows:

1. I am one of the owners of the Debtor, Double U Livestock, LLC. My father, Jim West, and my brother, Clay West, and our respective wives, are the other owners of the Debtor. I make this Declaration of my own personal knowledge.

2. Debtor's only asset is the Double U ranch.

3. My parents, Jim and Carlene West, own the nearby Sweetwater ranch (herein, "Sweetwater"). The Sweetwater is at a lower altitude and therefore ideally suited for use as a lambing camp. I am familiar with the operations of both ranches.

4. The Double U is the much larger ranch. It owns sheep, equipment, BLM grazing permits and water. It owns no cattle. The smaller Sweetwater ranch owns pasture, alfalfa crops, a lambing camp, BLM grazing permits, equipment and water. It does not own any sheep or cattle.

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

5. In the spring of 2009, the Double U ranch lost some 1800 lambs and 300 ewes to severe weather and lack of feed.

6. The Sweetwater reorganization plan and any plan to be filed in this Case will be complementary plans.[1] Each plan details what amounts to a joint venture among these two adjacent family owned ranches, this venture being designed to prevent further disasters such as that which occurred in the Spring of 2009 and to allow for each ranch to otherwise operate at a profit.

7. Since some time in February of this year, Bob Fletcher has been assisting both ranches in their efforts to reorganize and become profitable operations.

8. Pursuant to these plans, Sweetwater acts to supply the Double U with hay, pasture land, and a lambing area and the Double U buys that hay at a $25 per ton discount, and pastures its sheep, and lambs its ewes on Sweetwater property. In addition the two ranches share expensive equipment (primarily Sweetwater's backhoe and Double U's hay harvest equipment).

9. As to the sheep operation, the plans are complementary, each plan describing the obligations of both ranches and each plan being consented to by the family member owners of both ranches. In this regard, these plans simply reflect the reality of the manner that both ranches must operate in order for either to survive. We have no other choice.

Dated October 12, 2011           /s/ Wade West
                                 Wade West

---

[1] Debtor's Plan is due on October 19, 2011. A rough draft of the Double U Plan as it now exists is attached hereto as exhibit 1. Debtor expects to amend it in minor regards and add certain required information prior to filing it as its Chapter 12 Plan.

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

INDEX TO EXHIBITS

Exhibit 1     (unfiled draft of proposed Double U Plan)          21 pages