John White, Esq., SB #1741   E-filed: October 12, 2011
335 West First Street
Reno, NV 89503
775-322-8000
john@whitelawchartered.com
Attorney for Debtor, Double U Livestock, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    CASE NO.: BK-N-11-52345

    DOUBLE U LIVESTOCK, LLC,          Chapter 12

                                                  SUPPLEMENT TO BOB FLETCHER'S
                                                  DECLARATION OF DISINTERESTEDNESS
        Debtor.
                                                  Hearing Date: October 26, 2011
                                                  Hearing Time: 10:00 a.m.
_____/

I, Bob Fletcher, declare, under pain and penalty of perjury:

1. That until approximately February 17, 2011, I was unaware of the existence of the above-named debtor, of any of its owners, or of the Sweetwater Ranch.

2. That on or about February 18, 2011, Jim West, part owner of the Sweetwater Ranch and part owner of the Debtor in this Case (owner of the Double U ranch) advised your Declarant that the two ranches (Sweetwater and Double U) were in economic distress, that Sweetwater had filed for bankruptcy in October, 2010 (Case No. BK-N-10-54234) and asked me to assist him in devising a plan which would reorganize the two ranches and make them profitable. The Sweetwater Court approved my employment in that Case (Docket 81, entered July 7, 2011 in case no. 10-54234)

3. I agreed and in the next several weeks and months I conversed by phone with Jim West and devised a plan which documented the ranches' operations. As

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

only Sweetwater was then in bankruptcy, I concentrated my efforts on documenting the Sweetwater side of the operation. The Sweetwater plan, which I largely drafted with numbers provided by Mr. West, was confirmed on or about July 13, 2011 (Docket 86 in that Case). Pursuant to this Plan, the Double U and the Sweetwater were to continue operating as one unit with regard to their joint sheep operation, each supporting the other.

4. John White, White Law Chartered, was the counsel for Sweetwater during its bankruptcy.

5. I have not filed a fee application in the Sweetwater case (Case 10-54234).

6. All of the foregoing information is public information, filed of public record in Case 10-54234, supra.

7. In preparing my initial Declaration of Disinterestedness in this Case, filed herein on August 19, 2011, I neglected to again or separately disclose this public information, which had been disclosed in Case 10-54234. However, that I had documented the joint venture between these two ranches was fully disclosed and is subject to extensive discussion in the very public Sweetwater Plan (See pages 3 and 4 of Exhibit A to the Sweetwater Plan, filed in Case 10-54234 (Docket 82 in that case).

8. If I understand the objection to my hiring in this case, I'm alleged to have a conflict of interest which would operate to prevent my employment as an expert ranch consultant in both Case 10-54234 and the instant case despite the fact that I posses no interest adverse to either and am completely disinterested. I do not agree. The ranches are operated as an integrated unit, concerning the sheep operation, one being unable to operate as efficiently without the other. Nor do I

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

have any conflict with Paris, the objecting party.  My employment is in the best interest of all creditors in this Case, as well as Sweetwater.

9. As stated in my original declaration, I am not a creditor of Double U.  Though I did consult with the Debtor (Double U) prior to its filing bankruptcy, I was not paid for that work and I waive any rights I have for the pre-petition services I performed for Debtor.

Dated:  October 12, 2011            /s/ Robert R. Fletcher, Phd.
                                    Robert R. Fletcher

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228