MICHAEL LEHNERS, ESQ.  DOCUMENT ECF FILED ON: 10/27/11
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
email: michaellehners@yahoo.com
(775) 786-1695

Attorney for Creditor
Mary West

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

DOUBLE U. LIVESTOCK, LLC

    Debtor.
_____/

CASE NO.: 11-52345
(Chapter 12)

**NOTICE OF NON-REPRESENTATION AND
AMENDED REQUEST FOR NOTICE**

Michael Lehners, Esq., hereby advised the court that I am no longer representing Mary West who an interested party in the above-captioned bankruptcy proceedings, and, therefore, requests notice of all proceedings in this matter in accordance with the provisions of FRCP 2002 be sent directly to Ms. West at the following address: to the following address:

    Mary West
    P. O. Box 1988
    Pendleton, OR 97801
    email: mfrenchwest@gmail.com

Dated this 27 day of October, 2011

/s/ Michael Lehners
Michael Lehners, Esq.
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 27 day of Oct____, 2011 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **NOTICE OF NON-REPRESENTATION AND AMENDED REQUEST FOR NOTICE** addressed as follows:

Double U. Livestock, LLC
HC33 Box 336600
Cherry Creek Bench Road
Ely, NV 89301

John White, Esq.
335 W. First St.
Reno, NV 89503

M. Nelson Enmark
3855 N. West Avenue
Suite 108
Fresno, CA 93705

Mary West
P. O. Box 1988
Pendleton, OR 97801

_____
Dolores Stigall