LAW OFFICES OF AMY N. TIRRE,                         E-Filed:   November 4, 2011
A Professional Corporation
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail:  amy@amytirrelaw.com

Counsel for Tri-State Livestock Credit Corporation

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-N-11-52345 |
| DOUBLE U LIVESTOCK, LLC, | Chapter 12 |
| Debtor. | **DECLARATION OF AMY N. TIRRE, ESQ. IN SUPPORT OF TRI-STATE CREDIT CORPORATION'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY WHITE LAW CHARTERED, JOHN WHITE, ESQ., AS COUNSEL FOR DEBTOR, NUNC PRO TUNC TO JULY 21, 2011 [Docket No. 43]**<br><br>Hearing Date:   December 7, 2011<br>Hearing Time:  10:00 a.m.<br>Est. Hearing Time:  10 minutes |

I, AMY N. TIRRE, being first duly sworn, depose and say under penalty of perjury, that the following assertions of this declaration are true as follows:

1.      I am an attorney with the law firm of Law Offices of Amy N. Tirre, A Professional Corporation and admitted to practice law in Nevada and before the United States District Court in and for the District of Nevada.  I represent Tri-State Livestock Credit Corporation ("Tri-State") in the above-referenced bankruptcy case of Double U Livestock, LLC ("Debtor").  I make this declaration in support of Tri-State's concurrently-filed *Objection to Debtor Double U Livestock, LLC's Application to Employ White Law Chartered, John White, Esq., as Counsel for Debtor, Nunc Pro Tunc to July 21, 2011* ("Objection").

2.      On or about August 20, 2011, John White, Esq. forwarded the budget attached

-1-

LAW OFFICES OF AMY N. TIRRE<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509<br>(775) 828-0909 Telephone<br>(775) 828-0914 Facsimile<br>E-mail: amy@amytirrelaw.com

hereto as **Exhibit 1** in response to my letter notifying him that Tri-State objected to Debtor's use of Tri-State's cash collateral.

3.      On or about October 9, 2011, Mr. White provided an updated budget, a copy of which is attached hereto as **Exhibit 2.**

4.      On October 11, 2011, Mr. White sent the email attached hereto as **Exhibit 3.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on November 4, 2011 at Reno, Nevada.


/s/ Amy N. Tirre
AMY N. TIRRE

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

**CERTIFICATE OF SERVICE**

     Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, that I am over the age of 18 and not a party to the above-referenced case, and that on November 4, 2011 I filed the **DECLARATION OF AMY N. TIRRE, ESQ. IN SUPPORT OF TRI-STATE CREDIT CORPORATION'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY WHITE LAW CHARTERED, JOHN WHITE, ESQ., AS COUNSEL FOR DEBTOR, NUNC PRO TUNC TO JULY 21, 2011 [Docket No. 44]** as indicated:

    __x__          **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- M NELSON ENMARK    nenmark.trustee@gmail.com
- MICHAEL LEHNERS    michaellehners@yahoo.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- JOHN WHITE    bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

    _____          **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below.

    _____          **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 4 November 2011, with postage thereon fully prepaid in the ordinary course of business.

DATED this November 4, 2011.

                                  _____/s/ Andrea Black_____
                                 An Employee of Law Offices of Amy N. Tirre

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

# EXHIBIT 1

# EXHIBIT 1

**Table B2011.  Monthly Income, Expenses and Cash Flow, 2011 Double U Livestock.**

|  | 2011 JUL | 2011 AUG | 2011 SEPT | 2011 OCT | 2011 NOV | 2011 DEC | 12 Month TOTAL |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| Lambs (1,200) | | | | | 226,800 | | 226,800 |
| Ewes (300) | | | | 19,200 | | | 19,200 |
| Bucks | | | | | | | 0 |
| Wool | | | | | | | 0 |
| Hay (600T) @150 | | | | | 105,000 | | 105,000 |
| Grazing | | 4,125 | 4,125 | 4,125 | 9,225 | 9,225 | 30,825 |
| Hunting Fees | | | | | | | 0 |
| Total Cash Inc. | | 4,125 | 4,125 | 23,325 | 341,025 | 9,225 | 381,825 |
| **EXPENSES** | | | | | | | |
| Real Estate Taxes | | | 1,500 | | | 1,500 | 3,000 |
| BLM Fees | | | | | 4,050 | 5,400 | 9,450 |
| Insurance | | | 6,000 | | | 6,000 | 12,000 |
| Wade West Salary | | | | | 1,500 | 1,500 | 3,000 |
| Hired Labor | | 5,400 | 5,400 | 5,400 | 5,400 | 7,400 | 29,000 |
| Labor groceries | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 12,500 |
| Contract Shearing | | | | | | | 0 |
| Livestock (Bucks) | | | | | | | 0 |
| Purchased feed | | 100 | 100 | 1,000 | 1,000 | 100 | 2,300 |
| Fert./Seed/Chem. | | | | | | | 0 |
| Trucking | | | | 500 | 1,200 | | 1,700 |
| Fuel | | 5,500 | 5,500 | 5,500 | 3,000 | 3,000 | 22,500 |
| R & M | | 2,500 | 2,500 | 2,000 | 1,500 | 1,500 | 10,000 |
| Supplies | | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 14,000 |
| Utilities | | 400 | 400 | 400 | 2,900 | 400 | 4,500 |
| Legal & Acct | | 200 | 200 | 200 | 200 | 200 | 1,000 |
| Cat 525B Pay. | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,000 |
| Baler SB44 Pay. | | | | | | | |
| Swather Pay. | | 1,200 | 1,800 | | | | |
| Vehicle Pay. | | | | | | | |
| Operating Int. | | | | | | | |
| Improve Hay Yields | | | | | | | |
| SW Hay purchase | | | | | | 90,000 | 90,000 |
| SW Rent Camp | | | | | | 10,000 | 10,000 |
| SW Rent Grazing | | | | | | 5,400 | 5,400 |
| Paris (Int 245 days) | | | | | 27,974 | | 27,974 |
| Tri-State (Int est) | | | | | 0 | | 0 |
| Total Cash Exp. | | 21,600 | 29,700 | 21,300 | 55,024 | 138,700 | 266,324 |
| **CASH FLOW** | | | | | | | |
| Beginning Cash | | 5,000 | (12,475) | (38,050) | (36,025) | 249,976 | |
| Ending Cash | 5,000 | (12,475) | (38,050) | (36,025) | 249,976 | 120,501 | 110,000 |

**Net Farm Income for contingent and Administrative Expenses          10,501**

# EXHIBIT 2

# EXHIBIT 2

**Double U, Anticipated Cash Flow, October - December, 2011.**

| Month | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|
| **INCOME** | | | | |
| Lambs | 224,825 | 50,196 | | 275,021 |
| Ewes* | | 15,000 | | 15,000 |
| Hay* | | 26,250 | | 26,250 |
| Grazing** | 4,275 | 4,275 | 4,275 | 12,825 |
| Hunting Fees | | | | 0 |
| Total Cash Income | 229,100 | 95,721 | 4,275 | 329,096 |
| **EXPENSES** | | | | 0 |
| Real Estate Taxes | 1,026 | | | 1,026 |
| BLM Fees | | 4,050 | 5,400 | 9,450 |
| Insurance | | | 6,000 | 6,000 |
| Wade West Wage | | 1,500 | 1,500 | 3,000 |
| Hired Labor | 5,400 | 7,600 | 5,400 | 18,400 |
| Labor groceries | 2,500 | 2,500 | 2,500 | 7,500 |
| Livestock (Rams) | | 4,000 | | 4,000 |
| Fuel | 3,000 | 3,000 | 3,000 | 9,000 |
| R & M | 2,000 | 1,500 | 1,500 | 5,000 |
| Supplies | 2,800 | 2,800 | 2,800 | 8,400 |
| Utilities | 400 | 2,900 | 400 | 3,700 |
| Legal & Acct | 200 | 200 | 200 | 600 |
| Cat 525B Pay. | 982 | 982 | 982 | 2,946 |
| Swather lease Pay. | 6,000 | | | 6,000 |
| Improve Hay Yields | | 10,000 | | 10,000 |
| SW Hay purchase | | | 77,000 | 77,000 |
| SW Rent Camp | | | 10,000 | 10,000 |
| SW Rent Grazing | | | 8,550 | 8,550 |
| Total Cash Exp. | 24,308 | 41,032 | 125,232 | 190,572 |
| **CASH FLOW** | | | | |
| Beginning Cash | (31,831) | 172,961 | 227,650 | |
| Ending Cash | 172,961 | 227,650 | 106,693 | |

*Ewe sales is Bob's estimate, it could be more.

** Only 25% of hay is sold in 2011, 78% in inventory on December 31.

*** Grazing contract pending

# EXHIBIT 3

# EXHIBIT 3

From:   John White [john@lawquest.com]

Sent:   Tuesday, October 11, 2011 2:01 PM

To:   Amy Tirre

Subject:payments to Sweetwater in proposed Double U cash collateral budget


Amy,

I spoke with Mr. Fletcher and those payments are to repay Sweetwater for debt already incurred,

$77,000 (hay 440 tons @$200 market price less $25 credit for DoubleU for hay harvest), time period first part of may til middle of june....
That's 2805 sheep at $7 lbs per day for 45 days);

$10,000 for sheep camp from first part of may til middle of june, 2011;

Grazing $85,500 we think is mostly if not all for this fall (post-petition).
They probably are grazing sheep on them right now. Bob is unsure and is checking this with Jim West.  Grazing is calculated at 570 AUMS, 360 of those are aftermath grazing on the alfalfa fields at
1.5 AUMs per acre, and 700 acres of deeded pasture at .3 AUMs per acre.
This is valued at $15 per AUM.   570 AUMs times $15 equals $85,500.

John