LAW OFFICES OF AMY N. TIRRE,  
A Professional Corporation  
AMY N. TIRRE, ESQ.  #6523  
3715 Lakeside Drive, Suite A  
Reno, NV 89509  
(775) 828-0909 Telephone  
(775) 828-0914 Facsimile  
E-mail:  amy@amytirrelaw.com  

E-Filed:   November 4, 2011

Counsel for Tri-State Livestock Credit Corporation

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE U LIVESTOCK, LLC,<br><br>Debtor. | Case No. BK-N-11-52345<br><br>Chapter 12<br><br>**NOTICE OF HEARING ON OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY WHITE LAW CHARTERED, JOHN WHITE, ESQ., AS COUNSEL FOR DEBTOR, NUNC PRO TUNC TO JULY 21, 2011 [Docket No. 43]**<br><br>Hearing Date:   December 7, 2011<br>Hearing Time:  10:00 a.m.<br>Est. Hrng Length:  10 minutes |

NOTICE IS HEREBY GIVEN that Secured Creditor Tri-State Livestock Credit Corporation, a California corporation ("Tri-State"), by and through its undersigned counsel, has filed an *Objection to Debtor Double U Livestock, LLC's Application to Employ White Law Chartered, John White, Esq., as Counsel for Debtor, Nunc Pro Tunc to July 21, 2011*, Docket No. 43, filed on October 14, 2011 ("White Employment Application"), and a hearing is scheduled on December 7, 2011 at 10:00 a.m. as more fully set forth in this notice.

**Summary of Relief Requested**

Tri-State objects to the employment of John White, Esq. and White Law Chartered as Debtor's Counsel on the grounds that John White, Esq. and White Law Chartered represent creditors of the Debtor, James A. West and Carleen J. West dba Sweetwater Ranch, in their Chapter 12 bankruptcy case: Case No. 10-54234 and are therefore disqualified under 11 U.S.C.

-1-

§327(a) from serving as counsel for the Debtor in this case because they represents interests adverse to the estate.

A hearing on this Motion will be held before a United States Bankruptcy Judge, in the Bankruptcy Courtroom, U.S. Federal Building, 300 Booth Street, Room 1109, Reno, Nevada 89509, at the date and time listed above.

Any opposition must be served on the undersigned counsel and filed with the Court pursuant to Local Rule 9014(d)(1):

> Oppositions to a motion must be filed and service must be completed on the movant no later than 14 days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. Any opposition must be supported by affidavits or declarations that conform to subsection (c) of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:

The court may *refuse to allow you to speak* at the scheduled hearing; and

The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Motion is on file at the office of the Clerk, United States Bankruptcy Court, U.S. Federal Building, 300 Booth Street, Room 1109, Reno, Nevada 89509, and is available for inspection and copying.

DATED this November 4, 2011.

LAW OFFICES OF AMY N. TIRRE, APC

By: /s/ Amy N. Tirre_____
AMY N. TIRRE, ESQ.

Counsel for Tri-State Livestock Credit Corporation

-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, that I am over the age of 18 and not a party to the above-referenced case, and that on November 4, 2011 I filed the **NOTICE OF HEARING ON OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY WHITE LAW CHARTERED, JOHN WHITE, ESQ., AS COUNSEL FOR DEBTOR, NUNC PRO TUNC TO JULY 21, 2011** [Docket No. 43] as indicated**:**

__x__     **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- M NELSON ENMARK    nenmark.trustee@gmail.com
- MICHAEL LEHNERS    michaellehners@yahoo.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- JOHN WHITE    bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

_____     **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below.

_____     **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 4 November 2011, with postage thereon fully prepaid in the ordinary course of business.

DATED this November 4, 2011.

                                      /s/ Andrea Black
                                An Employee of Law Offices of Amy N. Tirre