E-filed: Nov. 14, 2011

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  
Double U Livestock, LLC

Case No.: 11-52345  
Chapter: 12

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ____ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ____ Schedule A - Real Property
- ____ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as exempt
- __X__ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - __x__ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
  - ____ Add/change address of already listed creditor - No fee
- __X__ Schedule G - Executory Contracts and Unexpired Leases
- __X__ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- ____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website:** www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 11/14/11    /s/ See Attached  
Debtor, James West, Managing Partner    Joint Debtor

E-filed: Nov. ___, 2011

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  
Double U Livestock, LLC

Case No.: 11-52345  
Chapter: 12

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ___ Voluntary Petition (specify reason for amendment)
- ___ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ___ Schedule A - Real Property
- ___ Schedule B - Personal Property
- ___ Schedule C - Property Claimed as exempt
- **X** Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - **x** ~~Add~~/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - ___ Add/change address of already listed creditor - No fee
- **X** Schedule G - Executory Contracts and Unexpired Leases
- **X** Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Concerning Debtor's Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ___ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website:** [illegible]

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 11/14/11  /s/ James West  
Debtor, James West, Managing Partner

_____  
Joint Debtor

B 6F (Official Form 6F) (12/07)

In re ____Double U Livestock, LLC_____,                    Case No. _____11-52345-btb_____
        Debtor                                                                                                      (if known)

**AMENDED**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F\

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1667<br><br>Capital One Bank<br>C/O American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | Credit card charges | | | | $1,552.67 |
| Capital One Bank<br>C/O American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | Credit card charges | | | | $6,684.00 |
| ACCOUNT NO.<br><br>Carter Ag,<br>45 West 1st N, Box 9<br>Lund, NV, 89317 | | | Oil, twine | | | | $3,000.00 |
| ACCOUNT NO.<br><br>Gerber Law firm<br>491 4th St.<br>Elko, NV 89801 | | | Legal services<br>2010 | | | | $6,000.00 |
| ___0___ continuation sheets attached | | | Subtotal ► | | | | $17,236.67 |
| | | | Total ►<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $17,236.67 |

B 6G (Official Form 6G) (12/07)

In re _____Double U Livestock, LLC__                         Case No. __11-52345-btb_____
                    Debtor                           AMENDED                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Dave Tiquet<br>PO Box 9,<br>Winnemucca, NV 89445 | (annual lease, paid monthly). per head basis lease....he has about 275 cows and pays Debtor $15 per head per month. |
| Wade West<br>HC33, Box 33701,<br>Ely, NV 89301 | Double U is to pay Wade West and Jim West $30k per year for the extra work involved after Clay West left the ranch a year and y months ago. Debt is not to be paid unless and until the ranch is sole |
| Jim West<br>HC33, Box 33660,<br>Ely NV 89301 | Double U is to pay Wade West and Jim West $30k per year for the extra work involved after Clay West left the ranch a year and y months ago. Debt is not to be paid unless and until the ranch is sole |
| Neff Equipment<br>HC60, Box 555<br>Ruby Valley, NV 89833 | Month to month lease of swather ($1800 month) |
| Sweetwater Ranch (Jim and Carlene West)<br>HC33, Box 33660<br>Ely, NV 89301 | The agreement for mutual services between the Double U and Sweetwater ranches is described in the Jim and Carlene West (Sweetwater) confirmed Plan (Docket 82, |
|  | Case No. 10-54234) and in the Debtor's proposed Plan, as follows:<br><br>(See attached schedule A) |

Amended Schedule G (Executory Contracts) (Continuation Sheet)

## SCHEDULE A

The agreement for mutual services between the Double U and Sweetwater ranches is described in the Jim and Carlene West (Sweetwater) confirmed Plan (Docket 82, Case No. 10-54234) and in the Debtor's proposed Plan, as follows:

Obligations of Double U:  Double U pays Sweetwater approximately $100,000 per year for lambing facilities, hay and pasture, and allows Sweetwater to use its hay harvesting equipment. The amount due Sweetwater now (payable in December, after the lambs are sold-see e.g. Exhibit A, p 4 of Sweetwater plan) is approximately $95,550, to wit:

1. $77,000 for 440 tons of Sweetwater's hay used during last Spring's lambing season [2800 head of sheep times 45 day lambing season times 7 pounds per day divided by 2000 (2000 lbs in a ton)) at a price of $175 per ton (market price ($200) minus $25)].
2. $10,000 (lease of lambing sheds, Spring 2011),
3. $8,550 use of private pasture, Fall of 2011, and
4. $ 0 (mutual exchange of equipment with Sweetwater, i.e. use of Sweetwater's backhoe).
5. $95,550 Total (This is the amount Double U is to pay Sweetwater in December, 2011.

Rights of Double U.  In return, Double U gets:
1. to lamb Double U ewes in Sweetwater's lambing facility every Spring (April and May),
2. to use Sweetwater's hay during the annual lambing season (Sweetwater has approximately 400 tons of hay at Sweetwater's lambing facility, ready for the 2012 lambing seasoon),
3. to purchase Sweetwater's hay, being hay of a known quantity, at a $25 per ton discount.
4. to feed Sweetwater's hay in April and May (lambing season) without paying for it until December.
5. to use Sweetwater's backhoe for no charge (Double U does not have a backhoe).

Debtor intends to assume this contract.

In re  Double U Livestock, LLC            ,          Case No. 11-52345
               Debtor                                                                              (if known)

# Amended
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jim and Carlene West<br>HC33 BOX 33660<br>ELY, NV 89301 | Tri-State Credit Corporation<br>2880 Sunrise Blvd, Suite 224<br>Rancho Cordova, CA 95742 |
| Wade and Molly West<br>HC33 Box 33701<br>ELY, NV 89301 | Tri-State, supra |
| Clay West<br>PO Box 475<br>Athena, OR 97813 | Tri-State, supra |
| Mary West<br>PO Box 1988<br>Pendleton, OR 97801 | Tri-State, supra |