# Exhibit A

# Exhibit A

(TRIAL BALANCE - WORKPAPER)

11:04 AM
09/07/11

G3

# DOUBLE U LIVESTOCK, LLC
## Balance Sheet-Income Tax Basis
### As of December 31, 2010

|  | Dec 31, 10 | Dec 31, 09 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| Clay's Bank Account-Cattle | 0.00 | 1,241.51 | -1,241.51 |
| Wade's Bank Account-Sheep | 10,170.55 | 230.73 | 9,939.82 |
| **Total Checking/Savings** | 10,170.55 | 1,472.24 | 8,698.31 |
| **Total Current Assets** | 10,170.55 | 1,472.24 | 8,698.31 |
| **Fixed Assets** | | | |
| NEVADA RANCH | 1,881,899.16 | 1,881,899.16 | 0.00 |
| FIXED ASSETS | 270,753.72 | 226,622.89 | 44,130.83 |
| ACCUMULATED DEPRECIATION | -768,719.00 | -622,028.00 | -146,691.00 |
| **Total Fixed Assets** | 1,383,933.88 | 1,486,494.05 | -102,560.17 |
| **Other Assets** | | | |
| Section 179 Asset | 122,614.00 | 78,483.00 | 44,131.00 |
| **Total Other Assets** | 122,614.00 | 78,483.00 | 44,131.00 |
| **TOTAL ASSETS** | 1,516,718.43 | 1,566,449.29 | -49,730.86 |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Long Term Liabilities** | | | |
| Community Bank Note | 114,075.00 | 114,075.00 | 0.00 |
| Paris Family Contract Payable | 1,016,073.00 | 1,007,315.50 | 8,757.50 |
| Tri-State Livestock Loan | 1,437,899.14 | 1,463,832.00 | -25,932.86 |
| **Total Long Term Liabilities** | 2,568,047.14 | 2,585,222.50 | -17,175.36 |
| **Total Liabilities** | 2,568,047.14 | 2,585,222.50 | -17,175.36 |
| **Equity** | | | |
| BEGINNING EQUITY (DEFICIT) | -1,018,773.21 | -946,270.04 | -72,503.17 |
| MEMBERS' DRAWING | -6,600.00 | -64,334.72 | 57,734.72 |
| Net Income | -25,955.50 | -8,168.45 | -17,787.05 |
| **Total Equity** | -1,051,328.71 | -1,018,773.21 | -32,555.50 |
| **TOTAL LIABILITIES & EQUITY** | 1,516,718.43 | 1,566,449.29 | -49,730.86 |

QBOOK 2010

Form 1065 (2010)  DOUBLE U LIVESTOCK, L.L.C.         7259                                        Page **5**

### Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l. | | | | 1 | -18,755. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -18,755. | | | | |

### Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 1,473. | | 10,171. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach stmt) | | | | |
| 9a | Buildings and other depreciable assets | 2,108,522. | | 2,152,653. | |
| b | Less accumulated depreciation | 622,028. | 1,486,494. | 768,719. | 1,383,934. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach stmt)  SEE ST. 1 | | 78,483. | | 122,614. |
| 14 | Total assets | | 1,566,450. | | 1,516,719. |
| **Liabilities and Capital** | | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach stmt) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | 2,585,223. | | 2,568,047. |
| 20 | Other liabilities (attach stmt) | | | | |
| 21 | Partners' capital accounts | | -1,018,773. | | -1,051,328. |
| 22 | Total liabilities and capital | | 1,566,450. | | 1,516,719. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -25,955. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):  a Tax-exempt interest $ _____ | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | | |
| 3 | Guaranteed pmts (other than health insurance) | 7,200. | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):  a Depreciation $ _____ | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):  a Depreciation $ _____  b Travel and entertainment $ _____ | | | | |
| | | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -18,755. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -18,755. |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,018,773. | 6 | Distributions: a Cash | 6,600. |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books | -25,955. | | | |
| 4 | Other increases (itemize): _____ | | | | |
| | | | 8 | Add lines 6 and 7 | 6,600. |
| 5 | Add lines 1 through 4 | -1,044,728. | 9 | Balance at end of year. Subtract line 8 from line 5 | -1,051,328. |