# Exhibit B

# Exhibit B

**Exhibit B.**

This Chapter 12 Plan #2 is the same as the amended version filed on November 2 as Exhibit A to Debtor's Notice of First Modification to Chapter 12 Plan No. 1 (Docket 68), except as follows:

Page 3 (Paragraph 4.A.v (Neff Equipment))  Neff Equipment (Class 1(e) is deleted as a secured creditor and Bank of Eastern Oregon is now Class 1(e).

Page 3 (Paragraph 6.A. (Class 1B).  The following is added at the end of the second full paragraph: "Debtor's said Tri-State note shall provide that it shall be paid in full on or before December 30, 2019."  Similarly, "or if the note is not paid in full on or before December 30, 2019, or if Debtor defaults on its annual payment to the Trust, " is added to the first sentence of the sanctions paragraph.  "[or] such other counsel as Debtor may have designated in writing" is added to the same paragraph.

Page 5  (Paragraph 6.B. (Class 2)). "or such amount as will pay them in full, whichever is less. " has been added after $50,000 at the end of the next to the last sentence, to reflect the fact that there may not be $50,000 in unsecured claims.

Page 6 (Paragraph 8).  "and amended Schedule G" is added after "Feasibility Exhibit" in the first sentence to further define the executory contract with the Sweetwater ranch.

Page 6 (Paragraph 8).  "excepting Debtor's arrangement with Neff, to the degree it is a lease," is replaced with "excepting Debtor's lease of the swather from Neff Equipment, which is assumed" to reflect the deletion of Neff from the secured creditor class.  "[w]hich are assumed" is also added following "cattle leases" to make clear that they are being assumed.