John White, Esq.  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Proposed Counsel for the Debtor

E-filed on November 14, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC.

Debtor.

CASE NO.: BK-N-11-52345-BTB

Chapter 12

DECLARATION OF WADE WEST, IN SUPPORT OF CHAPTER 12 PLAN #2

Hearing Date: November 21, 2011  
Hearing Time: 10:30 a.m.

_____/

I, Wade West, under pain and penalty of perjury, declare as follows:

1. That I am and at all times material hereto have been the resident and on-site working manager of the Double U Livestock, LLC ranch near Ely, Nevada, in charge of overseeing daily operations, and am one of its owners.

2. That I have read Dr. Bob Fletcher's Feasibility Exhibit, filed in this case on November 2, 2011 as Docket 68 and to be refiled on November 14, 2011 as Exhibit A (Feasibility Exhibit) to Debtor's Chapter 12 Plan #2. That my father and I supplied Dr. Fletcher with the factual information concerning ranch assets and operations as contained in the Feasibility Exhibit. That all of the information concerning existing and past ranch operations and assets contained in the said Feasibility Exhibit is true and accurate.

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

1

3. That I have reviewed the projections made by Dr. Fletcher in the Feasibility Exhibit and believe them to be reasonable and obtainable.

Dated November 14, 2011

                                            /s/ See attached
                                            Wade West

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3. That I have reviewed the projections made by Dr. Fletcher in the Feasibility Exhibit and believe them to be reasonable and obtainable.

Dated November 14, 2011

*Wade West*
Wade West

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2

## CERTIFICATE OF SERVICE

I hereby certify that on Nov. 14, 2011, I served the foregoing document entitled Declaration of Wade West in Support of Chapter 12 Plan #2, in the following manner:

☑ a. Via the Court's ECF System on November 14, 2011 to:

M. NELSON ENMARK
nenmark.trustee@gmail.com
Michael Lehners on behalf of Creditor MARY WEST
micheallehners@yahoo.com
KAARAN E. THOMAS on behalf of PETER AND RAMA PARIS FAMILY TRUST
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
AMY N. TIRRE on behalf of Creditor Tri-State Livestock Credit Corp
amy@amytirrelaw.com, admin@amytirrelaw.com
CHRISTOPHER JAIME on behalf of the Bank of Eastern Oregon at
cjaime@mclrenolaw.com
JOHN WHITE on behalf of debtor DOUBLE U LIVESTOCK, LLC
bankruptcy@whitelawchartered.com.; john@whitelawchartered.com;

The undersigned further affirms that the foregoing is true and correct to the best of my knowledge and that preceding document does not contain the Social Security number of any person.

Dated: November 14, 2011.

_____
Mary A. Hernandez, Employee
White Law Chartered

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3