John White, Esq.  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Proposed Counsel for the Debtor

E-filed on November 17, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC.

Debtor.
_____/

CASE NO.: BK-N-11-52345-BTB

Chapter 12

DECLARATION OF CLAY WEST, IN SUPPORT OF AMENDED SCHEDULE F

Hearing Date: November 21, 2011  
Hearing Time: 10:30 a.m.

I, Clay West, under pain and penalty of perjury, declare as follows:

1. My wife, Mary and I are and at all times material hereto have been a one-third owner of the Debtor, Double U Livestock, LLC.

2. Mary and I are in the process of a contested divorce.

3. I did not authorize her to sign the original Schedule F on file in this Case, wherein she lists herself as having an unsecured claim of $820,000.

4. Over the years, all of the owners of the Debtor (my wife and I, my brother Wade and his wife Molly, and my dad and his wife, Carleen) have invested substantial monies and time and effort in the Debtor.

    a. Since approximately 2000, Mary and I have invested approximately $820,000 in the debtor.

1

b. Neither Mary nor I have ever been repaid any of our investment in the Debtor. My understanding has always been that if Double U sells for sufficient funds, each of us, including Mary and I, will, after all creditors are paid, receive the return of the monies invested in the Debtor after it became an LLC and, if sufficient monies remain, one-third of the remaining monies are to then be distributed to each family. However, if Debtor is sold for a sum which does not permit the full return of our investments, the sales proceeds, after creditors are paid, will be distributed pro-rata in relation to the amounts each family invested after Double U became an LLC.

c. Mary and I have an ownership interest in Double U. We are not creditors.

Dated November 14, 2011          <u>See attached signature page</u>
                                           Clay West

I certify that this document contains no social security numbers.

                                                       <u>See attached signature page</u>

WHITE LAW CHARTERED
LAWYERS
OTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2

b. Neither Mary nor I have ever been repaid any of our investment in the Debtor. My understanding has always been that if Double U sells for sufficient funds, each of us, including Mary and I, will, after all creditors are paid, receive the return of the monies invested in the Debtor after it became an LLC and, if sufficient monies remain, one-third of the remaining monies are to then be distributed to each family. However, if Debtor is sold for a sum which does not permit the full return of our investments, the sales proceeds, after creditors are paid, will be distributed pro-rata in relation to the amounts each family invested after Double U became an LLC.

c. Mary and I have an ownership interest in Double U. We are not creditors.

Dated November 14, 2011

_____
Clay West

I certify that his document contains no social security numbers.

_____

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2

CERTIFICATE OF SERVICE

I hereby certify that on Nov. 17, 2011, I served the foregoing document entitled Declaration of Clay West in Support of Amended Schedule F, in the following manner:

☑ a. Via the Court's ECF System on November 17, 2011 to:

M. NELSON ENMARK
nenmark.trustee@gmail.com
Michael Lehners on behalf of Creditor MARY WEST
micheallehners@yahoo.com
KAARAN E. THOMAS on behalf of PETER AND RAMA PARIS FAMILY TRUST
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
AMY N. TIRRE on behalf of Creditor Tri-State Livestock Credit Corp
amy@amytirrelaw.com, admin@amytirrelaw.com
CHRISTOPHER JAIME on behalf of the Bank of Eastern Oregon at
cjaime@mclrenolaw.com
JOHN WHITE on behalf of debtor DOUBLE U LIVESTOCK, LLC
bankruptcy@whitelawchartered.com.; john@whitelawchartered.com;

The undersigned further affirms that the foregoing is true and correct to the best of my knowledge and that preceding document does not contain the Social Security number of any person.

Dated: November 17, 2011.

/s/ Mary A. Hernandez
Mary A. Hernandez, Employee
White Law Chartered

WHITE LAW CHARTERED LAWYERS
OTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503
T (775) 322-8000
F (775) 322-1228

3