John White, Esq.  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Proposed Counsel for the Debtor

E-filed on November 18, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

DOUBLE U LIVESTOCK, LLC.

Debtor.

_____/

CASE NO.: BK-N-11-52345-BTB

Chapter 12

FIRST AMENDMENT TO CHAPTER 12 PLAN #2, VALUATION MOTION and MOTION TO CONFIRM

Hearing Date: November 21, 2011  
Hearing Time: 10:30 a.m.  
Estimated Time: 1 hour

**CHAPTER 12 PLAN**

DOUBLE U LIVESTOCK, LLC ("Debtor") submits this First Amendment to its Chapter 12 Plan #2, pursuant to section 1223 of the Bankruptcy Code by changing the provisions of Paragraph 6.B. by deleting the last two sentences in <u>Class 2</u>, to wit, by deleting the following language:

"In the fifth year, Debtor shall pay Class 2 claimants at least $50,000 or such amount as will pay them in full, whichever is less. Sums paid to the Trustee on behalf of this Class shall be distributed by the Trustee pro-rata among all allowed Class 2 claims."

and by adding the following language in the place and stead of the deleted language:

"All allowed Class 2 General Unsecured Claims shall be paid in full on or before the end

of the 5th year of the Plan.

Debtor shall have 90 days following confirmation to object to claims. If Debtor's allowed unsecured claims exceed $50,000, Debtor shall either reduce them by payment to the Trustee in sufficient sum to bring them to $50,000 or less at the beginning of the fifth year of the Plan or put the ranch up for sale at the beginning of the 5th year at a price determined by the Debtor and approved by the Chapter 12 trustee, the Trust, and Tri-State, which approval shall not be unreasonably withheld."

As amended, Paragraph 6.B. shall read as follows:

"**B.**     **General Unsecured Secured Claims.**

**Class 2.**

"Allowed General Unsecured Claims shall be paid on or before December 31 of each year of the Plan a sum equal to of all of Debtor's disposable earnings, as determined by the Trustee, remaining after: 1) Plan payments on all secured claims, 2) Trustee's fees, 3) allowed administrative expenses and necessary post-petition operating expenses (See Feasibility Exhibit). Without limitation, Class 2 claims will receive no payments during the first four years of the Plan. All allowed Class 2 General Unsecured Claims shall be paid in full on or before the end of the 5th year of the Plan.

Debtor shall have 90 days following entry of any order confirming this Plan to object to claims. If Debtor's allowed unsecured claims exceed $50,000, Debtor shall either reduce them by payment to the Trustee in sufficient sum to bring them to $50,000 or less at the beginning of the fifth year of the Plan or put the ranch up for sale at the beginning of the 5th year at a price determined by the Debtor and approved by the Chapter 12 trustee, the Trust, and Tri-State, which approval shall not be unreasonably withheld."

All other provisions of Debtor's Chapter 12 Plan #2, as filed herein on November 14, 2011 shall remain the same.

Dated November 18, 2011.

Double U Livestock, LLC

by _____/s/ Jim West_____
Jim West, managing member

Submitted by:

WHITE LAW CHARTERED

By: _____
John White, Esq.
Proposed Counsel for the Debtor

WHITE LAW CHARTERED
LAWYERS
OTH CENTURY BLDG.
135 W. FIRST STREET
RENO, NV 89503
T (775) 322-8000
F (775) 322-1228

CERTIFICATE OF SERVICE

I hereby certify that on Nov. 18, 2011, I served the foregoing document entitled DEBTOR'S FIRST AMENDMENT TO CHAPTER 12 PLAN #2, VALUATION MOTION and MOTION TO CONFIRM, in the following manner:

☑ a. Via the Court's ECF System on November 18, 2011 to:

M. NELSON ENMARK
nenmark.trustee@gmail.com
Michael Lehners on behalf of Creditor MARY WEST
micheallehners@yahoo.com
KAARAN E. THOMAS on behalf of PETER AND RAMA PARIS FAMILY TRUST
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
AMY N. TIRRE on behalf of Creditor Tri-State Livestock Credit Corp
amy@amytirrelaw.com, admin@amytirrelaw.com
CHRISTOPHER JAIME on behalf of the Bank of Eastern Oregon at
cjaime@mclrenolaw.com
JOHN WHITE on behalf of debtor DOUBLE U LIVESTOCK, LLC
bankruptcy@whitelawchartered.com.; john@whitelawchartered.com;

☑ b. By depositing for mailing a copy of the foregoing document on Nov. 18, 2011, by First Class U.S. Mail, deposited at the U.S. Post Office, postage prepaid to all parties-in-interest as described in the attached mailing matrix.

The undersigned further affirms that the foregoing is true and correct to the best of my knowledge and that preceding document does not contain the Social Security number of any person.

Dated: November 18, 2011.

_____
Mary A. Hernandez, Employee
White Law Chartered

WHITE LAW CHARTERED
LAWYERS
10TH CENTURY BLDG.
135 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228