# Exhibit 2

# Exhibit 2

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

August 2011
INVOICE

Double U Livestock, LLC
James West, Managing Member
HC33 Box 33660
Ely, NV 89301

RE:   White Law Chartered file No.2923.01
Chapter 12 Debtor, Case No. 11-52345
Billing Period: 8/01/11 - 8/31/11

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 08/01/11 | 0.40 | T/c with Jim re: scheduled and possible need for more time. |
| 08/02/11 | 1.30 | Work on Schedules |
| 08/03/11 | 1.90 | T/c with Jim re: schedules and revise same. |
| 08/05/11 | 0.40 | T/c with Jim West and Bob Fletcher re: schedules and IRS letter. |
| 08/06/11 | 1.00 | Conference call with Wade and Bob re: schedules and statement of affairs. |
| 08/06/11 | 1.00 | Continued work on schedules |
| 08/06/11 | 1.00 | Phone conference with Jim West and Bob Fletcher re: schedules. |
| 08/06/11 | 1.00 | Work on schedules following phone conference |
| 08/07/11 | 2.40 | Review appraisal as needed for completing schedule A |
| 08/08/11 | 3.00 | Work on schedules |
| 08/12/11 | 2.90 | Review adequate protection demand from Amy Tirre. Discuss same with Jim West and Bob Fletcher. T/c with Amy re: same and re: budget and schedules. Attempts to order title report from Stewart Title. |
| 08/15/11 | 1.50 | T/cs with Jim re: schedules and budget. Same with Bob Fletcher. Emails to Stewart Title re: preliminary title report and related research. |

| 08/16/11 | 0.50 | Review and revise application to employ Bob Fletcher and his related affidavit of disinterestedness; O/c with Bob re: his trip to ely |
| 08/17/11 | 0.40 | T/c with Bob Fletcher re: his visit to the ranch today. |
| 08/18/11 | 1.20 | T/c and O/c with Bob Fletcher re: his trip. T/c with Penny at Stewart Title Prelim |
| 08/22/11 | 1.00 | Work on schedules and budget. Review emails from Stewart Title and Bob Fletcher re: schedules, preliminary title report. |
| 08/23/11 | 3.30 | Work on schedules and budget. related t/cs with client and Bob Fletcher |
| 08/24/11 | 3.00 | Work on file schedules. Related t/cs with Jim and Bob |
| 08/25/11 | 0.80 | T/c with Jim and Bob Fletcher re: filed schedules and possible amendments. T/c with Leo Bergin re: Paris claim |
| 08/26/11 | 0.80 | Review email from tri-state re: cash collateral and related letter to Leo Bergin re: same. T/c with Jim re: same. Review Lincoln Country Deed and t/c from Leo Bergin re: adequate protection. |
| 08/29/11 | 0.30 | T/c with Jim and Bob re: possible schedule amendments and upcoming 341. |
| 08/30/11 | 0.80 | T/c with Jim re: tomorrow's 341 and re: amending schedules to add Oregon Bank. |
| 08/30/11 | 0.50 | |

ATTORNEY'S TIME:30.40    HRS. @ $300.00 PER HR.= $9,120.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
| 08/04/11 | 2.50 | Motion for Extention of time to file schedules Declaration of John White; Board Resolution. Upload same. T/cs with Jim West re: same |
| 08/05/11 | 0.75 | Request for a hearing Date re: Motion for extension of deadline. T/c with David Lindersmith re: conflict of hearing date issue. |
| 08/08/11 | 0.50 | IRS address issue discussed with John. Scan him copy of IRS correspondence. |
| 08/10/11 | 0.35 | Letter to Jim West re: Debtor in possession account and draft schedule |
| 08/12/11 | 0.85 | T/c with Jim West re: follow-up on schedules, Debtor in possession account; send budget and letter from Amy |

| | | |
|---|---|---|
| | | Tirre; t/c with John re: need for appointment of Bob Fletcher. |
| 08/15/11 | 2.00 | Draft appointment application, Declaration and Notice of Hearing for Bob Fletcher |
| 08/16/11 | 1.50 | Finalize Bob Fletcher Appointment papers today. Application finalization for Bob's pick-up and signing by Jim West |
| 08/26/11 | 0.75 | Review email from Amy Tirre re: cash collateral issues. Send copy of projections to her and to Client. Send requested attachments to Amy Tirre |
| 08/26/11 | 0.80 | Review and  finalize letter from Leo Bergin re: cash collateral issues. O/c with John re: same |
| 08/30/11 | 0.30 | O/c with John re: other secured creditors that will have to be included in the schedules and the matrix. |
| 08/31/11 | 0.75 | T/cs with Jim re: his 341 hearing tomorrow. Prepare Amended cover sheet and Amended Schedule D. |

PARALEGAL'S TIME:11.05HRS. @ $75.00 PER HR.= $828.75

COSTS ADVANCED:
Copies(317 @0.25ea.): $79.25

Postage:                  $9.44

TOTAL COSTS ADVANCED= $88.69

TOTAL ATTORNEY & PARALEGAL FEES TOTAL= $9,948.75

TOTAL AMOUNT IN THESE MATTERS= $10,037.44

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

September 2011
### INVOICE

Double U Livestock, LLC
James West, Managing Member
HC33 Box 33660
Ely, NV 89301

RE:   *White Law Chartered File No. 2923.01*
*Chapter 12 Debtor, Case No. 11-52345*
*Billing Period 9/01/11 - 9/30/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 09/01/11 | 1.00 | Meeting of Creditors |
| 09/01/11 | 2.00 | T/c with George of Bank of Eastern Oregon re: unscheduled $119k claim. Attend 341 Hearing. Work on Amended Schedules. |
| 09/04/11 | 0.40 | Review emails from Bob Fletcher re: his meeting with Bob Bergstem and respond. |
| 09/08/11 | 0.80 | Review objection to hiring Bob Fletcher and related emails to Bob. |
| 09/09/11 | 0.80 | Review emails from Bob re: Plan feasibility |
| 09/16/11 | 0.80 | Arrange meeting of all significant creditors on 29th and related emails. Review and circulate proposed cash collateral stip. |
| 09/19/11 | 0.50 | Review re: upcoming meeting problems with Bob Fletcher. |
| 09/23/11 | 0.50 | T/c with Jim West and Bob Fletcher re: Plan. |
| 09/25/11 | 0.30 | Review and respond to Fletcher email re: lease |
| 09/26/11 | 0.90 | T/c with Bob Fletcher re: plan confirmation and feasibility issues. |
| 09/27/11 | 0.60 | T/c with Amy Tirre re: cash collateral and clay re: his and his wife's filing claim |
| 09/28/11 | 1.00 | Attend hearing on Mtn to extend time to file schedules. |
| 09/28/11 | 2.70 | Review re: cash collateral situation as requested by Amy. |

| 09/29/11 | 1.50 | Related email to Karan. Emails to Wade and Bob Fletcher re: obtaining info and Bob's Budget. Attempt to obtain info needed for Trustee. T/c with Gerald Moro, Cpa re: same. Email to Stewart Title re: maps. Email to Bob Fletcher and Wade re: 341 info needed. |

*ATTORNEY'S TIME: 13.80 HRS. @ $300.00 PER HR.= $4,140.00*

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 09/01/11_ | 0.75 | O/c with John re" need to file Amended Schedule D. Finalize same and furnish to client for his review. |
| 09/15/11 | 0.75 | Prepare and finalize Certificate of Service re:Motion to Extend Time to file schedules, Declaration of John White, Notice of Hearing. Upload same. Prepare Chambers Copy and the said Pleadings. |
| 09/16/11 | 1.20 | Work on Notice of Hearing on the Motion to Extend Deadline and o/c with John re: same. Review file related to pleadings that have been filed toward compliance made in the request for the Motion. |
| 09/16/11 | 0.70 | Review email from John and related creditor correspondences re: overall Tri-State position. Write client re: same. |
| 09/19/11 | 0.20 | Review email from John re: meeting on September 29th. O/c with John re: same and check docs that will be needed. |
| 09/20/11 | 1.90 | Work on Supplemental Declaration of John re: compliance with the Motion to Extend Deadline. Finalize and upload same. |
| 09/20/11 | 0.25 | Make request for 341 meeting. Email Chapter 12 Trustee re: proposed Order re: Order Approving Motion to Extend. |
| 09/23/11 | 0.75 | Review Proposed Order re: Motion to Approve, Motion to Extend and email Mr. Cossitt re: same for his approval. |
| 09/26/11 | 0.75 | Review and revise Proposed Order re: Motion Approving request to Extend Deadline for hearing tomorrow. Verify signatories and email Bill Cossitt re: his signature. |
| 09/27/11 | 1.50 | Review information on 341 meeting information that needed to be furnished to Nelson and Leo Bergin. O/c with John re: same. Furnish Overland case information to Leo Bergin and Nelson. Review information on Stewart Title |
| 09/29/11 | 2.20 | |

Records on White Pine and countries. Forward same to Leo and Nelson. Emails to and from Leo's secretary and Nelson's secretary re: same.

*PARALEGAL'S TIME: 10.95   HRS. @ $75.00 PER HR. = $ 821.25*

COSTS ADVANCED:

| Copies (498@ 0.25 ea.): | $124.50 |
|---|---|
| Postage: | $14.92 |

*TOTAL COSTS ADVANCED= $139.42*

*MARCH ATTORNEY/PARALEGAL FEES TOTAL= $4,961.25*

*TOTAL AMOUNT DUE ON THESE MATTERS= $5,100.67*

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

October 2011
INVOICE

Double U Livestock, LLC
James West, Managing Member
HC33 Box 33660
Ely, NV 89         RE:  White Law Chartered file No.2923.01
                   Chapter 12 Debtor, Case No.11-52345
                   Billing Period: 10/01/11 - 10/31/11
ATTORNEY'S HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 10/03/11 | 2.00 | T/c with Bob Fletcher re: Plan and cash collateral bugdet. T/c with Phillip Spicerkuhn, Clay's divorce atty and firm that created debtor re: need for documents. T/c with Jim West re: Clay and Mary claim. Email to Phillip and Mike Lenhers re: need for documents. |
| 10/05/11 | 0.35 | T/c with Jim West re: amending schedules to show 2005 pickup and related t/c with Bob Fletcher. |
| 10/05/11 | 0.30 | Review email from Bob Fletcher re: sheep info received and respond. |
| 10/07/11 | 0.10 | O/c with Bob re: next week's meeting. Review his submittal. Email re: truck missing from Schedule B. |
| 10/10/11 | 4.00 | Review re: response to objection to hiring of Bob Fletcher Review re: cash collateral budget and email to Paris and Tri-stste. T/c with Jim West re: same. |
| 10/11/11 | 1.40 | Work on reply in support of Motion to hire Bob Fletcher. |
| 10/12/11 | 1.00 | O/c with Bob Fletcher. |
| 10/12/11 | 7.00 | T/c with Amy Tirre re: cash collateral/ T/c with Jim and to Wade re: same. Review Wade's Declaration with Jim and email to Wade. Prepare Supplement to Fletcher disinterestedness declaration. Work on support Fletcher hiring brief. Related t/cs with Bob Fletcher. |
| 10/13/11 | 1.00 | Work on my application to be hired. |
| 10/18/11 | 6.40 | Continued work on Plan. Related emails to Bob Fletcher. T/c with Bob Fletcher. |
| 10/18/11 | 0.50 | Work on Plan in morning. |

| 10/19/11 | 9.00 | Work on Plan related t/cs with Bob Fletcher and Jim West. Complete and file Plan. Cash Collateral letter to Amt Tirre. (30) |
| 10/20/11 | 0.25 | Review re: cash collateral. |
| 10/21/11 | 3.00 | T/c with Jim West and Wade re: info on cash collateral. O/c with Amy re: same. |
| 10/23/11 | 1.40 | T/c with Wade re: checks and related email to parties in interest. Review and prepare exparte supplement to app to hire Bob Fletcher. |
| 10/24/11 | 3.20 | T/c with Jim and Bob Fletcher re: cash collateral/ T/c with Mary West re: her concerns and related t/c with Jim re: whether to amend plan to provide for sale. Review and file supplement to brief on disinterestedness. |
| 10/25/11 | 5.00 | Prepare for tomorrow's mtn disqualify Fletcher. Prepare release of fees. Related t/c with Jim West and Bob Fletcher file review. |
| 10/26/11 | 0.30 | Hearing on objection to employee Bob Fletcher. |
| 10/26/11 | 1.40 | Prepare for and attend hearing on mtn to disqualify Fletcher. |
| 10/27/11 | 0.30 | Begin review on mtn prohibit use of cash collateral. |
| 10/31/11 | 1.00 | T/c from Jim West re: plan and Bank of Eastern Oregon. T/c with Bob Fletcher re: same. |
| 10/31/11 | 2.00 | T/c with folks from Bank of Eastern Oregon and work on amending schedules to show debt to that creditor. Email to Bank of Eastern Oregon re: problems. |

ATTORNEY'S TIME: 50.90 HRS. @ $300.00 PER HR.=$15,270.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
| --- | --- | --- |
| 10/03/11 | 0.75 | Review John's email re: Lincoln County Double U Prelim Report. Furnish same to Nelson's Secretary, Micki Nichols. |
| 10/07/11 | 0.80 | Review email from John and Wade re: Dodge Pick-up. Amend Schedule and send to client for his review and signature. |
| 10/10/11 | 0.30 | Send Certificate of Organization to Enmark's Secretary. |
| 10/10/11 | 0.30 | Review John's email re: Certificate of Organization. Send same to Nelson's Secretary. |
| 10/12/11 | 3.60 | O/c with John re: need to prepare reply to Bob's application as Chapter 12 Plan Consultant. Research re: same. Review and revise reply to objection to Bob's application. |
| 10/14/11 | 0.90 | Review John's email re: possible need to file an Errata to include an applicable case report re: professional |

|          |      |                                                                                                                                                             |
|----------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      | employment. Do up an Errata and finalize for John's review.                                                                                                  |
| 10/14/11 | 0.75 | Prepare, review and revise John's Declaration in support of the filing of a reply to the objection to the application of Bob Fletcher as Chapter 12 Plan Consultant. |
| 10/14/11 | 2.40 | Review and revise reply to the objection of Bob's appointment. Review objection filed by Kaaran Thomas.                                                       |
| 10/17/11 | 0.20 | Review email from Andrea Black, Amy Tirre's assistant. And o/c with John re: same.                                                                           |
| 10/19/11 | 2.50 | Review Chapter 12 and valuation Motion. Apply for hearing date on Chapter 12 Plan.                                                                           |
| 10/19/11 | 0.75 | Review John's draft reply to Amy Tirre's letter re: cash collateral. Send letter response by email, fax and regular mail.                                     |
| 10/19/11 | 1.30 | Review Chapter 12 Plan and valuation Motion filings today.                                                                                                   |
| 10/21/11 | 2.30 | Review and revise application to employ, Notice of Hearing, Declaration and Proposed Order.                                                                  |
| 10/24/11 | 0.30 | Review email from John re: checking account and sent to Lynda (Nelson's Secretary).                                                                          |
| 10/24/11 | 0.50 | Review and upload Supplemental Application for Bob Fletcher appointment.                                                                                      |
| 10/24/11 | 2.60 | Review and revise Motion for Order Shortening time to allow objections to the Plan. Prepare info sheet and Proposed Order.                                    |
| 10/24/11 | 0.90 | Send copy of Proposed Order Shortening Time to Lynda and request for Nelson Enmark's signature. Email exchanges re: same.                                     |
| 10/25/11 | 0.20 | Upload Motion Shortening time .                                                                                                                               |
| 10/25/11 | 0.20 | Verify whether Mary West is on the Matrix.                                                                                                                    |
| 10/25/11 | 0.80 | Review and revise second Declaration re: Bob Fletcher appointment.                                                                                            |
| 10/26/11 | 1.20 | Call Court re: Jim's telephone appearance. Call court call re: arrangement for telephone appearance. Make arrangements with Jim West e: same. Arrange for court call fees. |
| 10/31/11 | 0.25 | O/c with John re: need to change schedules.                                                                                                                   |
| 10/31/11 | 3.50 | Review file and review credit report for James and Carleen. T/cs and emails with CIN Consumer Liability Report re: request for Credit report for Double U. Check Secretary of State Website and file related UCC11 report for the Secretary of State for Double U. |

-

PARALEGAL'S TIME: 27.30 HRS. @ $75.00 PER HR. = $ 2,047.50

COSTS ADVANCED:

Copies (493 @ 0.25ea.) $123.25

Postage:                         $4.96

TOTAL COSTS ADVANCED= $128.21

TOTAL ATTORNEY & PARALEGAL FEES TOTAL= $17,317.50

TOTAL AMOUNT IN THESE MATTERS= $17,445.71

* Any payment received will be held in Trust until court approval of fees is obtained.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax: (775) 322-1228

### NOVEMBER 2011
### INFORMATIONAL INVOICE

James & Carleen West
HC33 Box 33660
Ely, NV 89          RE:  White Law Chartered file No.2923.01

Billing Period: 11/01/11 - 11/31/11

ATTORNEY'S HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 11/01/11 | 5.00 | Work on modifications to plan. |
| 11/02/11 | 8.00 | Complete and file modifications to plan. |
| 11/03/11 | 1.35 | Work on response to cash collateral motion. T/c with Jim re:Bank of Eastern Oregon lift stay stip.T/c with Bob F. re: cash collateral issues. |
| 11/04/11 | 1.20 | T/c with Amy Tirre's office re: production of document. T/c with Fletcher re:excess interest shown on returns. T/c with Dennis Barnett with Jerry moro re: same, leaving message. |
| 11/07/11 | 0.45 | Emails to Fletcher re: excess interest shown on income tax. Related emails to Moro's office re: possible effect. |
| 11/07/11 | 0.20 | Review info from Jerry Moro's Office re: interest payment on tax returns. Related email to Bob Fletcher. |
| 11/07/11 | 1.00 | Review re: jurisdiction amount issue. T/c with Jim re:same |
| 11/07/11 | 0.30 | Review re: need for Jim's testimony on Wednesday cash collateral hearing. |
| 11/08/11 | 4.00 | Prepare for cash collateral hearing.Related t/cs with Jim and related emails with Bob Fletcher and Wade West. T/c with Bob Fletcher re: eligibility issues. |
| 11/09/11 | 1.00 | Hearing on Mtn prohibit use of cash collateral and related preparation. |
| 11/09/11 | 3.00 | T/cs with Amy re: her objections to plan and o/c with Amy re: mtn to dismiss OST. Work with Bob Fletcher re: preparation of our Ely reply in support of plan. |
| 11/09/11 | 1.00 | Work on amended schedules. |

*2011 Invoice – Page 3 of 3*

| 11/11/11 | 4.00 | Work on plan confirmation issues. |
| 11/12/11 | 5.00 | Work on plan confirmation issues. |
| 11/13/11 | 6.00 | Work on plan confirmation issues. |
| 11/14/11 | 10.00 | T/c with Bob Fletcher re: plan amendment and prepare and file amended plan,amended schedules, reply in support of plan and various declarations. |
| 11/15/11 | 11.00 | Prepare opposition to motion to dismiss. T/c with Wade West re: same. Letter to Nelson re: Bank of Eastern Oregon stip. emails to Chris Jamie re: same. T/c with Phillip Spicerkuhn re: Clay and Mary divorce |
| 11/16/11 | 4.40 | Preparation for Monday's confirmation hearing. T/c with Jim West re: wiring 10k. Related fax to Bank of Ely. T/c with Phillip Kuhn, Esq. Review submittal from Clay West. T/c with Mike Lehners re: her claim. |

ATTORNEY'S TIME:66.90   HRS. @ $300.00 PER HR.= $20,070.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 11/01/11 | 0.75 | Review UCC11 filing report. |
| 11/01/11 | 0.90 | Do up letter and send to George of Bank of Eastern Oregon (Credit report from CIN Legal and Secretary of State UCC11 Report);Wade by email and Bob by email. |
| 11/01/11 | 1.50 | O/c with John re: Amended Schedules D. Review file , email and attachments from George Koffler. Add $120K Loan. |
| 11/02/11 | 0.20 | Coordinate with re: Amended Schedule D. |
| 11/02/11 | 0.40 | Review Order- granting Motion for Order Shortening time to file objections. O/c with John re: same. |
| 11/03/11 | 0.40 | Prepare Pleadings for Chamber's Copy. Cause delivery today. |
| 11/03/11 | 0.25 | Upload Amended Schedule D. |
| 11/03/11 | 0.45 | Certificate of Service of Notice of Plan Modification. and Amended Schedule D. |
| 11/04/11 | 0.90 | review filed response to Motion for Cash Collateral |
| 11/04/11 | 1.80 | Prepare and cause service of subpoena for Hardung |
| 11/08/11 | 0.20 | Start Review on Tirre Declaration |
| 11/09/11 | 0.75 | Contact BK Court re:  Telephone appearance. Contact Court Call for Jim's telephone appearance on Cash Collateral Motion. Contact Jim re phone appearance confirmation ID number. Prepare and Finalize Amended Schedules F,G, H and upload |

| 11/14/11 | 5.70 | same. |
| 11/15/11 | 0.90 | Review and Revise and File Notice (Clarification re Chapter 12 Plan#2). |
| 11/17/11 | 0.50 | Review Clay West Declaration and upload same. o/c with John re: Proof Of interest from Clay West.  Upload same today. Review Clay West Declaration and upload same. o/c with John re: Proof Of interest from Clay West.  Upload same today. |
| 11/18/11 | 0.55 | Prepare and Revise Amended Schedules DC,E,and F and Summary Cover Sheet. |
| 11/21/11 | 4.75 | Review and Revise Wade West Declaration and upload Same. Contact Court Call for Telephone appearance for Wade West. Prepare all pleadings and review file for court confirmation hearing today. |
| 11/22/11 | 1.10 | O/c with John. Review and Revise Supplement to Opposition to Motion to dismiss.  Review and Revise Withdrawal to the Supplement. |
| 11/23/11 | 0.50 | Review and finalize Proposed Orders on WLC appointment and Bob Fletcher appointment and email Lynda (Nelson's Secretary, Amy Tirre and Kaaran Thomas). |
| 11/28/11 | 0.75 | Review e-mail from Amy Tirre and Kaaran Thomas.  e-mail Lynda re:  follow-up on the Proposed Orders. |

PARALEGAL'S TIME: 23.25   HRS. @ $75.00 PER HR.= $1,743.75

**COSTS ADVANCED:**

| Copies (2280@ 0.25ea.) | $570.00 |
| Postage: | $56.29 |

TOTAL COSTS ADVANCED= $626.29

TOTAL ATTORNEY & PARALEGAL FEES TOTAL= $21,813.75

TOTAL AMOUNT IN THESE MATTERS= $22,440.04