# Exhibit 2

Exhibit 2

Bob Fletcher Charges for Double U Economic Feasibility Analysis, 12/20/2011.

| Time Schedule | | | | Hourly | |
|---|---|---|---|---|---|
| Date | Day of Week | Hours | Total | 150 | |
| 7/18/2011 | Monday | 3.0 | 3.0 | 450 | Call from Jim requesting plan for Double U Talked to JW called Bob B |
| 7/19/2011 | Tuesday | 1.5 | 4.5 | 675 | 3 calls with John and one with Jim Info on sheep values 750000 and |
| 7/23/2011 | Saturday | 0.5 | 5.0 | 750 | Enter Documents 3 e-mail from John |
| 8/5/2011 | Friday | 0.5 | 5.5 | 825 | |
| 8/6/2011 | Saturday | 2.5 | 8.0 | 1,200 | |
| 8/10/2011 | Wednesday | 2.0 | 10.0 | 1,500 | |
| 8/12/2011 | Friday | 4.0 | 14.0 | 2,100 | |
| 8/13/2011 | Saturday | 11.0 | 25.0 | 3,750 | Budget projections |
| 8/14/2011 | Sunday | 3.0 | 28.0 | 4,200 | |
| 8/16/2011 | Tuesday | 2.0 | 30.0 | 4,500 | Met with John on way to Ely |
| 8/17/2011 | Wednesday | 8.0 | 38.0 | 5,700 | Met with Jim and Wade at Ranch |
| 8/18/2011 | Thursday | 2.0 | 40.0 | 6,000 | Met with John on Return |
| 8/19/2011 | Friday | 12.0 | 52.0 | 7,800 | Budgets and Payments |
| 8/20/2011 | Saturday | 12.0 | 64.0 | 9,600 | Budget and Schedules |
| 8/21/2011 | Sunday | 2.0 | 66.0 | 9,900 | |
| 8/22/2011 | Monday | 3.0 | 69.0 | 10,350 | Schedule B and Taxes from Prelim Title report WP County |
| 8/23/2011 | Tuesday | 2.0 | 71.0 | 10,650 | |
| 8/26/2011 | Friday | 1.0 | 72.0 | 10,800 | Cash collateral OK through 9/15 by Amy visit with John |
| 9/1/2011 | Thursday | 6.5 | 78.5 | 11,775 | 431 hearing, visit with Jim and Tom Gunn, work on payment schedul |
| 9/2/2011 | Friday | 2.5 | 81.0 | 12,150 | Met with Amy Terri and Bob Bergsten |
| 9/3/2011 | Saturday | 1.5 | 82.5 | 12,375 | Called Jim West on Hearing and Ewe numbers |
| 9/4/2011 | Sunday | 3.0 | 85.5 | 12,825 | Rework income projections, ? On sheep numbers |
| 9/5/2011 | Monday | 4.0 | 89.5 | 13,425 | Prepare form for Wade on historical livestock numbers and gross inc |
| 9/6/2011 | Tuesday | 2.0 | 91.5 | 13,725 | DOT on lot sales, proceeds to reduce principal |
| 9/10/2011 | Saturday | 2.0 | 93.5 | 14,025 | Sheep Lease |
| 9/11/2011 | Sunday | 3.0 | 96.5 | 14,475 | |
| 9/12/2011 | Monday | 4.0 | 100.5 | 15,075 | Called Jim West need to call Wade on lease waiting for John on minir |
| 9/17/2011 | Saturday | 0.5 | 101.0 | 15,150 | Jim called will sell 2 truckloads of lambs @240 |
| 9/23/2011 | Friday | 5.0 | 106.0 | 15,900 | Call from John and talked to Bob Bergsten, worked on budgets |
| 9/24/2011 | Saturday | 8.0 | 114.0 | 17,100 | Got back on budgets trying to make estimates without knowing exac |
| 9/25/2011 | Sunday | 9.0 | 123.0 | 18,450 | Talked to Wade, OK rancher coming to look at pasture, budgets and |
| 9/26/2011 | Monday | 8.0 | 131.0 | 19,650 | Budgets formats and expenses, email files to John and Wade, John w |
| 9/27/2011 | Tuesday | 8.0 | 139.0 | 20,850 | Called Wade he thinks give current lessee one year and then go 600 |
| 9/28/2011 | Wednesday | 6.0 | 145.0 | 21,750 | All day on revising budget projections, still concern on costs and yiel |
| 9/29/2011 | Thursday | 9.0 | 154.0 | 23,100 | response from Wade on hay 604 ton est on ewes 2280 for 2012 |
| 9/30/2011 | Friday | 3.0 | 157.0 | 23,550 | Start to redraft narrative |
| 10/1/2011 | Saturday | 9.5 | 166.5 | 24,975 | Work on Narrative amortization alternative talked to Wade have nur |
| 10/2/2011 | Sunday | 8.0 | 174.5 | 26,175 | Called Jim on grazing contract |
| 10/3/2011 | Monday | 9.0 | 183.5 | 27,525 | Talker to Bob Bergsten he will send tax returns 07-09 John called |
| 10/4/2011 | Tuesday | 8.0 | 191.5 | 28,725 | Work on Narrative and reduce sheep numbers and redo all tables |
| 10/5/2011 | Wednesday | 7.0 | 198.5 | 29,775 | Wads sent 2466 ewes, 1296 wethers, 1220 ewe lambs |
| 10/6/2011 | Thursday | 8.0 | 206.5 | 30,975 | Bob Bergsten Called on meeting, Wade called in evening on Truck an |
| 10/7/2011 | Friday | 11.0 | 217.5 | 32,625 | Bob Bergsten Called again, I sent him my numbers he does not think |
| 10/8/2011 | Saturday | 6.5 | 224.0 | 33,600 | Finished draft of plan without Funding section sent to John and Wad |
| 10/9/2011 | Sunday | 9.5 | 233.5 | 35,025 | Called Wade he and Jim will review and get back to me.  Narrative ar |
| 10/10/2011 | Monday | 9.0 | 242.5 | 36,375 | Made corrections on budgets, Fert/seed/chem had duplication redu |

| Date | Day | Hours | Cum Hrs | Amount | Notes |
|---|---|---|---|---|---|
| 10/11/2011 | Tuesday | 3.5 | 246.0 | 36,900 | Funding, Meeting with Tri-State and Paris cancelled. |
| 10/12/2011 | Wednesday | 6.0 | 252.0 | 37,800 | Work on Payment Schedules |
| 10/13/2011 | Thursday | 7.0 | 259.0 | 38,850 | Check each years budget |
| 10/14/2011 | Friday | 6.0 | 265.0 | 39,750 | Cattle coming in? Need to be more accurate on 2011 carry over |
| 10/15/2011 | Saturday | 5.0 | 270.0 | 40,500 | Jim called will sell 2 truckloads of lambs @240 |
| 10/16/2011 | Sunday | 4.0 | 274.0 | 41,100 | Need truck and baler Talked to Jim. He wants Round Wade 3X4 feed |
| 10/17/2011 | Monday | 9.0 | 283.0 | 42,450 | Finally figured out payment schedule for report. Offsetting payment |
| 10/18/2011 | Tuesday | 8.0 | 291.0 | 43,650 | Jim called will get 4 loads of cows @ 1200 lbs About 39 on a truck 4x |
| 10/19/2011 | Wednesday | 11.0 | 302.0 | 45,300 | 6:am before Dairy Meeting home @10:30 final got off to John final r |
| 10/21/2011 | Friday | 2.0 | 304.0 | 45,600 | Bank Statement and redo 2011 Table. |
| 10/22/2011 | Saturday | 4.0 | 308.0 | 46,200 | Re-do Cash Flow, Called Wade, he is working on Checks outstanding |
| 10/23/2011 | Sunday | 1.0 | 309.0 | 46,350 | |
| 10/24/2011 | Monday | 2.0 | 311.0 | 46,650 | Wade -$30,000 |
| 10/26/2011 | Wednesday | 2.0 | 313.0 | 46,950 | Hearing on my employment |
| 10/28/2011 | Friday | 0.5 | 313.5 | 47,025 | |
| 10/29/2011 | Saturday | 6.0 | 319.5 | 47,925 | call Jim |
| 10/30/2011 | Sunday | 5.0 | 324.5 | 48,675 | Reformat feasibility study rewrite final section |
| 10/31/2011 | Monday | 2.0 | 326.5 | 48,975 | Work on Bank of Eastern Oregon |
| 11/1/2011 | Tuesday | 3.0 | 329.5 | 49,425 | Change date to 11/1/1 remove reference to superior priority loan |
| 11/2/2011 | Wednesday | 2.0 | 331.5 | 49,725 | final for filing dated 11.1.11 |
| 11/3/2011 | Thursday | 8.0 | 339.5 | 50,925 | Work with John on Cash Collateral resp9onse Email Wade |
| 11/4/2011 | Friday | 3.0 | 342.5 | 51,375 | John file Objection to CC |
| 11/9/2011 | Wednesday | 7.0 | 349.5 | 52,425 | New copy of Bergsten Declaration |
| 11/10/2011 | Thursday | 2.0 | 351.5 | 52,725 | Before Surgery Response to Bergsten Declaration |
| 11/11/2011 | Friday | 4.0 | 355.5 | 53,325 | worked night of surgery on BB Declaration & Amy Objection |
| 11/12/2011 | Saturday | 3.0 | 358.5 | 53,775 | |
| 11/13/2011 | Sunday | 4.0 | 362.5 | 54,375 | |
| 11/14/2011 | Monday | 8.0 | 370.5 | 55,575 | Response to Objection new payoff 2019 Our Response |
| 11/15/2011 | Tuesday | 9.0 | 379.5 | 56,925 | Cost of Funds |
| 11/16/2011 | Wednesday | 4.0 | 383.5 | 57,525 | |
| 11/17/2011 | Thursday | 5.0 | 388.5 | 58,275 | |
| 11/18/2011 | Friday | 6.0 | 394.5 | 59,175 | |
| 11/19/2011 | Saturday | 5.0 | 399.5 | 59,925 | |
| 11/20/2011 | Sunday | 9.0 | 408.5 | 61,275 | Review Feasibility |
| 11/21/2011 | Monday | 10.0 | 418.5 | 62,775 | Negotiate |
| 11/23/2011 | Wednesday | 0.5 | 419.0 | 62,850 | |
| 11/24/2011 | Thursday | 1.0 | 420.0 | 63,000 | |
| 11/25/2011 | Friday | 2.5 | 422.5 | 63,375 | Amy comments on revised plan |
| 11/26/2011 | Saturday | 1.0 | 423.5 | 63,525 | |
| 11/27/2011 | Sunday | 2.0 | 425.5 | 63,825 | |
| 11/28/2011 | Monday | 4.0 | 429.5 | 64,425 | New tables |
| 11/29/2011 | Tuesday | 5.0 | 434.5 | 65,175 | Redo cash flow for Negotiated Payments to Tri-State |
| 11/30/2011 | Wednesday | 6.0 | 440.5 | 66,075 | Redo Tables etc for Tri-State |
| 12/1/2011 | Thursday | 1.5 | 442.0 | 66,300 | John filled after final correction on TableC2a Col with Dec 30 instead |
| Total | | 442.0 | | $66,300 | |

| | | | | | |
|---|---|---|---|---|---|
| Agreed upon maximum charge | | | | $30,000 | Amount approved by Jim West on December 20, 2011. |